**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN GROFF, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 8:25-cv-02031-DLB |
| MARRIOTT WORLDWIDE CORPORATION, et al. | * | |
| *Defendant*s. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendants, Westmont Hospitality Group, Inc. (hereinafter "Westmont") and Marriott International, Inc., improperly sued as Marriott Worldwide Corporation (hereinafter "Marriott"), by and through their attorneys, Ashley L. Voli, and Lewis Brisbois Bisgaard & Smith, LLP, pursuant to FRCP 12(b)(6), hereby file this Motion to Dismiss Plaintiff's Second Amended Complaint and in support thereof state as follows:

1.    This lawsuit is premised upon Plaintiff John Groff's allegations that Defendants Marriott and Westmont acted improperly with respect to Plaintiff's previous Marriott Bonvoy Loyalty Program Account.

2.    Plaintiff has filed suit against Marriott and Westmont alleging claims for: Violation of the Maryland Consumer Protection Act (MCPA) by Marriott (Count 1); Breach of Contract by Marriott (Count 2); Conversion by Marriott (Count 3) and Tortious Interference with Contractual Relations by Westmont (Count 4).

3.    As detailed more fully in the accompanying Memorandum of Law, which is expressly incorporated as if fully set forth herein, Plaintiff's Second Amended Complaint fails to state a claim against the Defendants for which relief may be granted.  Accordingly, the Second

167646232.1    1

Amended Complaint should be dismissed in its entirety, with prejudice and without leave to further amend, pursuant to FRCP 12(b)(6).

WHEREFORE, Defendants Westmont Hospitality Group, Inc. and Marriott International, Inc., improperly sued as Marriott Worldwide Corporation, respectfully request that this Honorable Court issue an Order dismissing Plaintiff's Second Amended Complaint in its entirety, with prejudice and without leave to further amend, and request such other and further relief as deemed just and proper under the circumstances.

Respectfully submitted,

*/s/ Ashley L. Voli*
Ashley L. Voli, Bar No. 18642
Lewis Brisbois Bisgaard & Smith LLP
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Telephone: 410.525.6396
Facsimile: 410.779.3910
E-Mail: Ashley.Voli@lewisbrisbois.com
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2025, a copy of the foregoing *Motion to Dismiss Second Amended Complaint* was served via CM/ECF on:

Lawrence A. Katz, Esquire
Lento Law Group
1814 East Route 70-Suite 321
Cherry Hill, NJ 08003
*Attorneys for Plaintiff*

*/s/ Ashley L. Voli*
Ashley L. Voli

167646232.1   2