
## Loyalty Program Terms & Conditions

Updated December 2023

Effective in February 2019, the loyalty program for Marriott International, Inc. is Marriott Bonvoy™ (hereinafter, the **"Loyalty Program"**). Prior to this, the Loyalty Program operated as a unified program under three names: Marriott Rewards® Program, The Ritz-Carlton Rewards Program, and the Starwood Preferred Guest® Program (the **"SPG Program"**) (each a **"Legacy Program"**). These Legacy Programs were operated by Marriott International, Inc. and its subsidiaries, including Marriott Rewards, LLC and Preferred Guest, Inc. (collectively, the "Company").

The Loyalty Program operates under the terms and conditions as set out below unless otherwise expressly stated (the **"Program Rules"**). The Program Rules hereby incorporate the additional Managed Associate Rules that shall apply to employees of the Company and to associates working at Company owned, leased, licensed and managed locations. The Managed Associate Rules do not apply to employees of Company franchisees, licensees and owners of Company managed properties.

The Program Rules govern the Company's relationship with members of the Loyalty Program (collectively, "**Loyalty Program Members**," and individually, a "**Loyalty Program Member**," "**Member**," or "**you**"), including how Members manage their accounts, book reservations, achieve elite status, earn and redeem Loyalty Program points ("**Points**") with participating hotels and properties (each a "**Participating Property**"), as well as with third party programs which have a business relationship with the Loyalty Program such as airline frequent flyer programs ("**Partner Programs**").

The Program Rules incorporate the additional terms that apply to certain experiences or properties which participate in the Marriott Bonvoy loyalty program in a limited or unique capacity – including All-Inclusive by Marriott Bonvoy and The Ritz-Carlton Yacht Collection. Specific Loyalty Program benefits, amenities, offers, awards and services may not be available at or as part of such experiences or properties, even though the applicable experience or property is not explicitly identified as being excluded where the benefit, amenity, offer, award or service is described in these Program Rules. Please refer to the **Supplemental Terms** page to view the separate terms governing the participation in the Loyalty Program by the applicable experience or property for information on what features of the Loyalty Program are available.

By opening a Loyalty Program membership account ("**Account**" or "**Membership Account**"), or by using either your membership card or the Membership Account number you were assigned ("**Membership Number**") to receive and redeem benefits of the Loyalty Program, including, without limitation, Loyalty Program Points, you agree that:

- you have read and accept these Program Rules; and you have read and accept the **Website Terms of Use** which are incorporated by reference herein; and

- you consent to the collection, use, and disclosure of your personal data by the Company, the Loyalty Program, Participating Properties and Partner Programs, and their authorized third-party agents and licensees in accordance with the **Company's Privacy Statement**.

All Loyalty Program benefits, amenities, offers, awards and services are subject to availability and may be changed by the Company at any time without notice. The Company may terminate the Loyalty Program, in whole or in part, with six (6) months' advance notice to all active Loyalty Members and with less than six months' notice in any jurisdiction if required to do so by applicable law. At the Company's sole discretion, the Company may choose to substitute a similar loyalty program for the Loyalty Program at any time immediately upon notice to active Loyalty Members. If the Loyalty Program is terminated, all unredeemed Points will be forfeited without any obligation or liability, and no Award claims will be honored after the conclusion of the notice period.

These Program Rules supersede all previous terms and conditions applicable to the Legacy Programs or Loyalty Program. Except as otherwise expressly prohibited or limited by applicable laws, Company may at any time amend, modify or supplement these Program Rules, the structure for earning and redeeming Awards (as defined below), with or without notice, even though such changes may affect the value of Points or Miles, or the ability to obtain certain Awards (collectively **"Program Rule Changes"**). **"Awards"** means any and all awards earned by Members in connection with the Loyalty Program, including without limitation Award Redemptions (as defined in Section 3.1). Loyalty Members are responsible for remaining knowledgeable of the Program Rules and any Program Rule Changes. Your continued participation in the Loyalty Program will constitute your acceptance of any such Program Rule Changes.

## 1. JOIN THE LOYALTY PROGRAM

### 1.1 Eligibility

Membership in the Loyalty Program is free and available to any individual who: (a) possesses the legal authority to agree to the Program Rules; (b) resides in a jurisdiction which legally permits participation in the Loyalty Program; (c) is not a resident of Crimea, Cuba, Donetsk People's Republic, Iran, Luhansk People's Republic, North Korea, and Syria; (d) provides valid and accurate personal information when enrolling in the Loyalty Program; (e) is not already a member of the Loyalty Program (i.e., does not already have a Membership Account); and (f) has not previously been terminated from the Loyalty Program or any of the three Legacy Programs by the Company.

1.1.a. Members are responsible for reading and understanding the Loyalty Program Rules, Account statements, and other communications from the Company about the Loyalty Program in order to understand his/her rights, responsibilities, and status in the Loyalty Program. If a Member has any questions about the Loyalty Program or these Program Rules, the Member should contact **Member Support**.

1.1.b. Members are responsible for reading the Company's **Privacy Statement** in order to understand how the Company collects, uses, and discloses a Member's data. If a Member has any questions about the Company's Privacy Statement or its collection, use, or disclosure of a Member's data, the Member should contact **Member Support**.


**1.2 Participating Properties and Brands**

1.2.a. "**Participating Properties**" are hotels, resorts, and other transient stay properties operated under the brands below that are owned, managed, franchised or licensed by Marriott International ("**Participating Brands**") and are bookable through Marriott Channels unless otherwise stated (see 1.2.b.). Residences properties ("Residences"), whether offered as whole or fractional ownership, as serviced apartments, or condominiums, are by nature, not transient stay properties and therefore, do not participate in the Loyalty Program unless otherwise outlined below. The Participating Properties and Participating Brands include:

i. The Ritz-Carlton® - all locations *except for:*

A. Ritz-Carlton Reserve® properties participate in the Loyalty Program as follows:

(1) Earn Points or Miles as described in Section 2
(2) Redeem Points as described in Section 3
(3) Members receive benefits as defined in Sections 1 and 4 except for the following: Member Rates, Gift Shop Discount, Complimentary Enhanced Room Upgrades, Late Checkout, Guaranteed Lounge Access, Guaranteed Room Type, 48-Hour Guaranteed Availability, and Suite Night Awards.
(4) Marriott Bonvoy Events as described in Section 5

B. The Ritz-Carlton Residences®, Waikiki Beach participates in the Loyalty Program as follows:

   (1) Earn Points or Miles as described in Section 2
   (2) Redeem Points as described in Section 3
   (3) Members receive benefits as defined in Section 4 except for the following: Complimentary Enhanced Room Upgrades, Late Checkout, Suite Night Awards, and Your24™.

C. The Ritz-Carlton Club® properties - earning partner for Elite Night Credit (as defined by 2.1.a.) only for Members staying at The Ritz-Carlton Club locations under their ownership benefit. They do not participate in Points or Miles earning, Points redemption, on-property Member benefits (as outlined in Sections 1 and 4), or Marriott Bonvoy Events.

D. The Ritz-Carlton Yacht Collection - earning and redemption partner with unique participation in the Loyalty Program as expressly identified in their **separate terms of service** ("RCYC Terms"). Members who book and complete reservations through RCYC are subject to the Program Rules, these RCYC Terms, as well as the legal information found on **The Ritz-Carlton Yacht Collection**↗.

E. The following properties do not participate in the Loyalty Program:

• The Ritz-Carlton, Millenia Singapore
• The Ritz-Carlton Residences, except as noted above
• The following partner properties:

○ Hotel Ritz-London - London, UK
○ Bulgari Hotels and Resorts - all locations

ii. St. Regis® - all locations except for:

A. The St. Regis Residences do not participate in the Loyalty Program

B. The St. Regis Residence Club® properties - earning partner for Elite Night Credit (as defined by 2.1.a.) only. They do not participate in Points or Miles earning, Points redemption, on-property Member benefits (as outlined in Sections 1 and 4), or Marriott Bonvoy Events.


iii. EDITION® - all locations except for:

A. EDITION Residences do not participate in the Loyalty Program

iv. The Luxury Collection® - all locations except for:

A. The Luxury Collection properties that are part of All-Inclusive by Marriott Bonvoy (see 1.2.a.xxxiii) participate in the Loyalty Program in a unique capacity as expressly identified in their **separate terms of service** ("All-Inclusive by Marriott Terms").

B. The Luxury Collection Residences do not participate in the Loyalty Program

C. The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale has limited on-property benefits as outlined in Section 4, Section 5, and Section 7.

v. W® - all locations except for:

A. W Residences do not participate in the Loyalty Program

vi. JW Marriott® - all locations

vii. Marriott Hotels® - all locations except for:

A. The Marriott Ranch Bed and Breakfast

B. Marriott Residences do not participate in the Loyalty Program

viii. Sheraton® - all locations except for:

A. Sheraton Residences do not participate in the Loyalty Program

B. Sheraton Vacation Club -  all locations, with limited on-property benefits as outlined in Section 4, and Section 7

ix. Marriott Vacation Club® and Marriott Grand Residence Club® - all locations except for:

A. Grand Residences by Marriott – Mayfair-London, UK

B. Marriott Vacation Club® at The Empire Place©, Bangkok, Thailand

Marriott Vacation Club and Marriott Grand Residence Club properties which participate have limited on-property benefits as outlined in Section 4 and Section 7.

x. Delta Hotels by Marriott™ - all locations except for:

 A. Delta Hotels by Marriott™ that are part of All-Inclusive by Marriott Bonvoy (see 1.2.a.xxxiii) participate in the Loyalty Program in a unique capacity as expressly identified in their **separate terms of service** (“All-Inclusive by Marriott Terms”).

xi. Le Méridien® - all locations except for:

 A. Le Méridien Residences do not participate in the Loyalty Program

xii. Westin® - all locations except for:

A. Westin properties that are part of All-Inclusive by Marriott Bonvoy (see 1.2.a.xxxiii) participate in the Loyalty Program in a unique capacity as expressly identified in their **separate terms of service** (“All-Inclusive by Marriott Terms”).

B. Westin Residences do not participate in the Loyalty Program.

C. Westin® Vacation Club -  all locations, with limited on-property benefits as outlined in Section 4, and Section 7.

xiii. Autograph Collection® Hotels - all locations except for:

A. Autograph Collection Hotels that are part of All-Inclusive by Marriott Bonvoy (see 1.2.a.xxxiii) participate in the Loyalty Program in a unique capacity as expressly identified in their **separate terms of service** (“All-Inclusive by Marriott Terms”).

B. The Cosmopolitan of Las Vegas participates in the Loyalty Program as follows:

(1) The only charges that qualify for Points are the following: Room rate, room service food and beverage, in-room movies, phone calls and in-room minibar purchases. Points cannot be earned on any other purchases at hotel outlets or for hotel services.

(2) Points may be redeemed for all Qualifying Stays (defined in Section 2.1.d.) at The Cosmopolitan of Las Vegas.

(3) Limited benefits are provided as described in Section 1.3, Section 3.4, and Section 4, except for the breakfast option associated with the Elite Welcome Gift benefit which is not available.

(4) Members who hold dual membership in both the Marriott Bonvoy Loyalty Program and The Cosmopolitan of Las Vegas Identity Program can choose to receive the benefits of, and apply their room charges and in-room consumable earnings to, either program, but cannot concurrently receive the benefits of nor apply earnings to both. Marriott Bonvoy and the Identity Program are two separate loyalty programs; therefore accounts may not be linked or merged. Members may elect to earn Marriott Bonvoy Points and receive Marriott Bonvoy program benefits by providing their Membership Number at the time of reservation.

C. Autograph Collection Residences do not participate in the Loyalty Program, except as noted above

xiv. Design Hotels™ - all locations identified as a property which participates in the Loyalty Program are listed **here** and participate as follows:

A. Earn Points or Miles as described in Section 2

B. Redeem for Award Redemption Stays only as described in Section 3

C. Provide limited benefits as described in Section 1.3 and Section 4

xv. Renaissance® Hotels - all locations

xvi. Apartments by Marriott Bonvoy™- all locations

xvii. Tribute Portfolio® - all locations

xviii. Gaylord Hotels® - all locations

xix. Courtyard® - all locations

xx. Four Points® - all locations

xxi. SpringHill Suites® - all locations

xxii. Protea Hotels® - all locations

xxiii. Fairfield® by Marriott - all locations

xxiv. AC Hotels® - all locations

xxv. Aloft® Hotels - all locations

xxvi. Moxy® Hotels - all locations

xxvii. City Express by Marriott™ - all locations except for:

A. City Express Rio de Janeiro Barra da Tijuca

xxviii. Four Points Express by Sheraton™ – all locations

xxix. Residence Inn® - all locations

xxx. TownePlace Suites® - all locations

xxxi. Element® - all locations

xxxii. Marriott Conference Centers - all locations *except for*:

A. Rotary House Hotel, Houston, TX

xxxiii. Non-branded properties - the following non-branded properties participate:

A. Certain transient stay properties operate in agreement with the Company and are not under a Participating Brand but are bookable through Marriott Channels (noted in 1.2.b) or Marriott Websites (noted in 1.2.c). Unless otherwise indicated through the Marriott Channels and Marriott Websites, these non-branded properties participate in Marriott Bonvoy based on the Participating Brand or All-Inclusive Resort they will convert to at a later date.

B. Vistana Beach Club - participates in the Loyalty Program as outlined under Section 7.1.c as a VSE Resort property (as defined in Section 7.1.a).  For purposes of these Program Rules, owners of timeshare interests in Vistana Beach Club will be subject to the same rules and limitations as owners of timeshare interests in Sheraton Vacation Club.

C. Atlantis, Paradise Island, Bahamas participates in the Loyalty Program as follows:

(1) Points or Miles may be earned for reservations booked through **www.marriott.com** or by calling +1 (888) 236-2427, or booked through Atlantis Paradise Vacations, by calling +1 (800) ATLANTIS or +1 (800) 285-2684. Points can be redeemed through **www.Marriott.com**, or by calling Marriott Reservations or Atlantis Paradise Vacations. Points or Miles will not be earned and Points cannot be redeemed for reservations booked through **AtlantisBahamas.com**↗.

(2) Points or Miles may be earned and Points may be redeemed for stays at The Coral at Atlantis; The Royal at Atlantis; and The Cove at Atlantis.

(3) Redemption stays at The Coral at Atlantis; The Royal at Atlantis; and The Cove at Atlantis will include a single or double standard room, including the cost of the hotel room, room tax. Extra-person charges for the third, fourth, or more guests in the room is an additional fee and not included in the award redemption as form of payment. This fee as well as all other property charges, including resort fees and service charges are the responsibility of the Loyalty Program Member and are not included in the stay.

(4) Points or Miles may be earned on room rate only. The Reef at Atlantis, The Beach at Atlantis, and Harborside at Atlantis do not participate in the Loyalty Program.

(5) Limited benefits are provided as described in Section 1.3, Section 3.4, Section 4, except for the breakfast option associated with the Elite Welcome Gift benefit which is not available.

xxxiv. Marriott Executive Apartments® - Base Points and Miles earning partner only (no Points redemption or on-property Elite benefits including Elite bonus Points)

xxxv. Homes & Villas by Marriott Bonvoy – short-term home rentals provided through **https://homesandvillasbymarriott.com**↗ have limited participation in the Loyalty Program as outlined in Section 8 of these Program Rules and in the **HVMB Terms of Service**↗. Members who book through the HVMB website are subject in all respects to the Program Rules and the HVMB Terms of Service.

xxxvi. All-Inclusive by Marriott Bonvoy – Unless otherwise indicated, resort properties identified on **https://all-inclusive.marriott.com**↗ participate in the Loyalty Program ("All-Inclusive Resorts") in a unique capacity as expressly stated in their **separate terms of service** ("All-Inclusive by Marriott Terms"). Members who book and stay at an All-Inclusive Resort are subject in all respects to the Program Rules and the All-Inclusive by Marriott Terms.

1.2.b. "**Marriott Channels**" are collectively the Marriott Websites, the Mobile Apps, Participating Properties, and the Customer Engagement Centers (which include Member Support).

1.2.c. "**Marriott Website**" is a website operated by or on behalf of the Company or a Loyalty Program Participating Property and currently includes these websites: Marriott.com, RitzCarlton.com, stregis.com, editionhotels.com, theluxurycollection.com, bulgarihotels.com, whotels.com, jwmarriott.com, marriotthotels.com, sheraton.com, deltahotels.com, lemeridien.com, westin.com, autographhotels.com, design-hotels.marriott.com, renhotels.com, apartmentsbymarriottbonvoy.com, tributeportfolio.com, gaylordhotels.com, courtyard.com, fourpoints.com, springhillsuites.com, proteahotels.com, fairfield.marriott.com, achotels.marriott.com, alofthotels.com, moxyhotels.com, cityexpress.marriott.com, fourpointsexpresshotels.com, marriottexecutiveapartments.com, residenceinn.marriott.com, TownePlaceSuites.com, elementhotelshub.com, homesandvillasbymarriott.com, all-inclusive.marriott.com, and MarriottBonvoy.com.

1.2.d. A "**Mobile App**" is a downloadable application operated by or on behalf of the Company in connection with the Loyalty Program including, without limitation, the iPhone and Android versions thereof.

**1.3 Benefits of Membership**

1.3.a. *Member Support*. Loyalty Program Members will have access to Member service telephone numbers for reservations, customer service and award redemption requests on the **Member Support Website**.

1.3.b. *Member Rates*.

i. *Member Rates*. Loyalty Program Members will receive an exclusive, preferred rate ("**Member Rate**") when they book rooms through a Marriott Channel. Member Rates are available at Participating Properties and Brands except at Atlantis, Paradise Island, Bahamas, The Cosmopolitan of Las Vegas, Design Hotels, Homes & Villas by Marriott Bonvoy, and Ritz-Carlton Reserve. Advance reservations are required.

A. Member Rate offers a discount of at least two percent (2%) applied to the Participating Property's lowest applicable available public rates for non-Premium Rooms (as defined in Section 3.3.e).

B. Member Rate must be booked by the Member staying at the Participating Property when making a reservation.

C. Member Rates do not apply to groups of ten (10) or more guest rooms.

D. Member Rate may not be combined with other select promotions, offers or discounts, and is not valid for existing reservations or groups.

E. Member Rate does not apply to qualified transient rates such as government rates, negotiated rates, AAA rates, and the Senior Discount rate.

1.3.c. *Complimentary In-Room Internet Access*. A Member who books a stay at a Participating Property through a Marriott Channel will receive complimentary standard in-room internet access during the stay. In addition, Marriott Bonvoy Gold Elite, Marriott Bonvoy Platinum Elite, Marriott Bonvoy Titanium Elite, Marriott Bonvoy Ambassador Elite Members, and any co-brand credit card holder that has premium internet access as a benefit, will receive complimentary enhanced in-room internet access regardless of booking method (collectively, the "**Internet Access Benefit**"). The additional exclusions set forth below apply.

i. The Internet Access Benefit is limited to one (1) guest room per eligible Member per stay regardless of how many rooms have been reserved, and the Member must stay in the guest room and pay for the charges. The Internet Access Benefit is not applicable for meeting rooms.

ii. Participating Properties that have mandatory resort charges, which include internet access, will provide a replacement benefit, to be determined at each Participating Property's discretion.

iii. No additional Internet Access Benefit will be provided at Participating Properties and Brands that offer complimentary in-room internet access to all guests. This includes properties in the Asia Pacific region which offer complimentary in-room internet access to all guests, regardless of booking channel. Participating Brands that provide complimentary in-room internet access to all guests include: Ritz-Carlton Reserve, EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, Delta Hotels, Apartments by Marriott Bonvoy, Four Points, Protea Hotels, Aloft, Moxy Hotels, City Express, Four Points Express, Element, and Homes & Villas by Marriott Bonvoy. Participating Properties that offer complimentary standard in-room internet access to Gold Elite, Platinum Elite, Titanium Elite and Ambassador Elite Members only include: Atlantis, Paradise Island, Bahamas and The Cosmopolitan of Las Vegas, NV. Refer to the Participating Property for more information.

1.3.d. *Benefits through Other Marketing Programs.*

i. *Prokard Explorer.*  Prokard Explorer is a subscription-based marketing program which offers its members benefits that are valid only at select Participating Properties in Africa. Prokard Explorer operates both as a stand-alone program as well as in conjunction with the Loyalty Program.

A. Prokard Explorer has no earn and redeem points benefits. Guests who are members of both Prokard Explorer and the Loyalty Program can only earn and redeem Points or Miles with the Loyalty Program.

B. When staying at a select Participating Property in Africa, guests who are members of both Prokard Explorer and the Loyalty Program can (a) choose to earn Loyalty Program Points or Miles, and (b) receive benefits from both programs. Prokard Explorer benefits include dining discounts, preferential rates, and accommodation vouchers. Loyalty Program benefits are based on the membership tier as outlined in Sections 1.3 and 4.

C. Guests who are members of both Prokard Explorer and the Loyalty Program are subject to the **terms and conditions of Prokard Explorer**↗ and the Loyalty Program Rules.

**1.4 Conditions of Enrollment**

1.4.a. *Completing the Enrollment Application.* An individual may apply to enroll in the Loyalty Program by fully and accurately **completing an application** on the Loyalty Program website, at a Participating Property, or through another enrollment channel. The Company may deny membership in the Loyalty Program to any applicant in its sole discretion and without written notice.

1.4.b. *Individual Membership.* Only individuals are eligible for Loyalty Program membership, and each individual may maintain only one Membership Account. All Loyalty Member

Accounts are individual Accounts and no joint Accounts are permitted. Loyalty Program benefits are non-transferable unless expressly stated otherwise.

1.4.c. *Types of Membership*

i. *Tier Membership*.  A tier membership is the base membership level in the Loyalty Program.

ii. *Elite Membership.  Upon reaching certain milestones,* a Member will earn elite membership status and become a Silver Elite, Gold Elite, Platinum Elite, Titanium Elite or Ambassador Elite Member (collectively, "Elite Membership Status," or "Elite Status"). The requirements for earning Elite Status are set forth in Section 4.

iii. *Lifetime Elite Membership*. Upon reaching certain milestones, a Member may earn Lifetime Silver Elite, Lifetime Gold Elite, or Lifetime Platinum (collectively, "Lifetime Elite Membership Status," or "Lifetime Elite Status"). The requirements for earning Lifetime Elite Status are set forth in Section 4.

iv. *Managed Associate Membership.* Employees of the Company and associates working at Marriott owned, leased, licensed and managed locations (collectively, "Managed Associates," and individually an "Managed Associate") may participate in the Loyalty Program through: (1) a Membership Account identified as an Managed Associate ("Managed Associate Membership"); (2) timeshare ownership in Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, or Vistana Residence Network (see Section 7.2); or (3) with an active Marriott Bonvoy co-branded credit card account where available. Managed Associate Membership Accounts are able to participate in the Loyalty Program in accordance with the Program Rules subject to restrictions and limitations identified in the Managed Associate Rules available for review on the Company's intranet and other Marriott Channels.

v. *Corporate Membership*.  Only individuals are eligible to participate in the Loyalty Program. Corporations, groups and/or associated entities cannot enroll as Loyalty Program Members. When traveling on business, it is a Member's responsibility to comply with his or her company policy concerning travel programs. Information regarding a Member's accumulation of Points or Miles for business travel is subject to disclosure to the Member's company subject to applicable law and regulations.

1.4.d. *Assignment of Membership Account and Membership Number*.  After applying to the Loyalty Program, a Membership Account will be opened and a Membership Number will be assigned to each applicant. Upon receiving this Membership Number, an individual becomes a Member eligible to earn Points or any currency used by an airline's frequent flyer program ("**Miles**") at Participating Properties. Further details are outlined in Section 1.5 and Section 2.

1.4.e. *Duplicate Accounts*. An individual may join the Loyalty Program. However, a Member may not have one or more duplicate Accounts under the Loyalty Program at any time.

i. If more than one Loyalty Program Membership Number is assigned to an individual for the Loyalty Program, he/she will only receive Points or Miles for one Membership Account. Duplicate Membership Accounts may be cancelled.

ii. A Member with individual Membership Accounts in the Loyalty Program will not be able to link these Accounts, transfer points across Accounts, or have Elite Status matched. The Member must combine them into a single Membership Account with one number, one Elite Status, and one Points balance. Combining Accounts can requested through the **online form.** Combining Membership Accounts cannot be done at Participating Properties, through the Mobile App, or other booking channels.

iii. When Members combine their Loyalty Program Membership Accounts, the Account details will immediately begin to be combined and some will be available instantly (Points, Nights, Elite Status, Upcoming Reservations), or within a few days (suite night awards, Award Redemptions, past activity, and Mobile key & guest services).

1.4.f. *Personal Profile*. Information provided by a Member will be maintained in a personal preference profile with the Membership Account. All information provided by a Member in his/her personal profile must be valid and accurate and must be kept current.

i. A Member may change his/her address by changing his/her information on the **Account Profile** on the Loyalty Program website or contact **Member Support.** In certain instances, address changes may require supporting legal documentation.

ii. Name changes to a Membership Account must include supporting legal documentation, signature, date and Membership Number. More information is in our **Frequently Asked Questions** or **Member Support.**

iii. Credit card information included in a Member's profile will be used by Participating Properties to guarantee the Member's stay and to pay for stay charges, unless the Member provides a different credit card when the reservation is made, at check-in or at check-out. A Member may change his/her credit card authorization for future transactions by changing his/her information in the **Account Profile** on the Loyalty Program website or by contacting **Member Support.** A Member must notify the Company if the authorized credit card is lost, stolen, invalidated or expired.

iv. A linked payment card on **www.marriott.com/loyalty/earn/earn-without-a-stay** to a Member's profile may earn Points for charges incurred by the Member without a stay at a participating outlet at certain Participating Properties.

1.4.g. *Use of Information Collected in Application*. The information a Member provides to the Company when completing the Loyalty Program application and redeeming Points is processed in accordance with the Company's Privacy Statement. Communication of relevant information is important to administering the Loyalty Program and providing each Member with the opportunity to maximize the benefits of Membership. The Loyalty Program will only disclose Member information to: the Company, person(s) authorized by the Member; franchisees,

fulfillment houses, email service providers and mail houses that process mail for such entities; Authorized Licensees (as defined in the Company's Privacy Statement); and marketing companies that provide services to the Company. Member information will, in each case, only be disclosed for one or more of the following purposes: 1) in order to better service the Membership Account and the Member's preferences by keeping the Member informed of Account status and activities through printed or electronic statements; 2) to assess a Member's entitlement to benefits; 3) to collect and process Member charges incurred at the Company's facilities; 4) to offer a Member additional products and services; 5) to send periodic satisfaction or market research surveys; and/or 6) to offer a Member products or services from select reputable companies with whom the Loyalty Program has a strategic relationship because the Loyalty Program believes their offerings will be of interest to the Member. In choosing to become a Loyalty Program Member, the Member consents to receive all the types of information described above, but the Member will be given the opportunity to define and modify mailing and other communication preferences.

**1.5 Membership Communications**

1.5.a. New Members will receive Marriott Bonvoy Loyalty Program communications.

1.5.b. All Loyalty Program communications will be sent to a Member's mailing address or email address currently provided in the Member's Account. Communications delivered to the address on file will be deemed to have been received one (1) business day after sending it if delivered to the Member's email address or five (5) business days after sending it if delivered to the mailing address provided. Members must keep their email and mailing addresses current. Neither the Company nor the Loyalty Program shall have any responsibility for misdirected or lost mail or any consequences thereof.

1.5.c. Members will receive regular Points balance reports by email, provided there has been a transaction on the Account since the last Points balance report and the Member provided the Company with the appropriate permission to contact the Member via email.

1.5.d. The Company may also send Members promotions, offers and other communications from time to time, which may include, without limitation, items from third parties. The items from third parties are based on the information provided to the Company by a Member and any additional data the Company may maintain. Members may change personal details and communications preferences at any time in the **Account Profile** on the Loyalty Program website or by contacting **Member Support;** however, the Company may require a Member to send supporting documentation prior to allowing certain changes (e.g., legal name changes).

1.5.e. Any time a Member contacts **Member Support,** the Company may ask the Member certain security questions to verify the Member's identity. Member Support may monitor or record telephone calls to improve quality of service.

1.5.f. A Member can review his/her Points balance and transaction history and update personal details and preferences in the **Account Profile** on the Loyalty Program website. A Membership Number or his/her user name and password are required to access the website.

**1.6 Earning Points or Miles.**

Members may earn Points (the currency of the Loyalty Program), or Miles (the currency of airline frequent flyer programs, including any currency whether it be miles, kilometers, points, etc., with the participating frequent flyer program of their choice), for eligible charges at a Participating Property in accordance with Section 2.

1.6.a. *Points and Miles Subject to Program Rules*. As set forth in Section 1.1.a., the accumulation of Points and Miles is subject to the Program Rules and airline frequent flyer program terms and conditions. Each Loyalty Program Member is responsible for reading the Program Rules, newsletters, and Account statements in order to understand his or her rights, responsibilities, and status in the Loyalty Program, as well as the structure for earning Awards.

1.6.b. *Taxes*. Points, Miles and Awards earned through participating in the Loyalty Program may be subject to tax liability. Any tax liability, including disclosure, connected with the receipt or use of Points, Miles or Awards is the sole responsibility of the Member.

1.6.c. *Conditions for Transferring Points and Miles*. There are limited exceptions to the restriction on the transfer of a Member's Points to the accounts of friends or family, provided both Accounts are in good standing. See Sections 2.8 and 7.1.b.iii for more information.

i. *Transferring Points to Accounts of Family or Friends*. There is a limited exception to the restriction on the transfer of a Member's Points to the accounts of friends or family, provided both Accounts are in good standing. See Section 2.8 for more information.

ii. *Death*. In the event of a Member's death, the Company may, in its sole discretion, allow unredeemed Points from the deceased Member's Account to be transferred to a family member or a friend who is an active Member upon the Company's receipt and review of all requested documentation and communications. Awards, hotel stays, Elite Membership Status, Lifetime Membership Status, and the related benefits, including, without limitation, Elite Night Credit, will not transfer to the recipient of the Points.

iii. *Divorce*. In the event of a Member's adjudicated divorce settlement, the Company may, in its sole discretion, allow unredeemed Points to be transferred from one Member's Account to another Member's Account upon the Company's receipt and review of all requested documentation and communications including, without limitation, legal documents directing such a transfer of Points. Awards, hotel stays, Elite Membership Status, Lifetime Membership Status, and the related benefits, including, without limitation, Elite Night Credit, will not transfer to the recipient of the Points.

iv. Members are prohibited from bartering or selling Points for cash or other consideration pursuant to Section 1.7.h.

v. Any Points which the Loyalty Program deems in its sole discretion to have been transferred in violation of the Loyalty Program Terms and Conditions may be confiscated.

1.6.d. *Points Expiration Policy*. Members must remain active in the Loyalty Program to retain Points they accumulate. If a Member Account is inactive for twenty-four (24) consecutive months, that Member Account will forfeit all accumulated Points. Members can remain active in the Loyalty Program and retain accumulated Points by earning Points or Miles, redeeming Points, or purchasing Points (as described in 2.9) in the Loyalty Program at least once every twenty-four (24) months, all subject to the exceptions described below. If a Member does not maintain an active status for five (5) consecutive years, the Member's Account may be deactivated. Once Points are forfeited, the Points cannot be reinstated, but a Member can earn new Points, unless that Member's Account has been deactivated.

i. Not all Points activities help maintain active status in the Loyalty Program. Examples of activities that do not count toward maintaining an active status in the Loyalty Program include, but are not limited to:

A. Gifting or transferring Points; however, converting Points to Miles or Miles to Points does count toward maintaining an active status;

B. Receiving Points as a gift or transfer

ii. Awards redeemed by a Member prior to Point forfeiture are still valid even though the Award may not yet have been fulfilled at the time of Point forfeiture. However, if those Awards are cancelled after the Points expiration date, those Points are still subject to forfeiture. For example, if a Member redeems Points for an Award Redemption Stay that occurs after the Points expiration date, and then cancels the reservation prior to arrival without having completed any qualifying activity to extend the expiration date, those Points will expire.

iii. The Points expiration policy does not currently affect Points in a Lifetime Elite Membership Account; however, the Loyalty Program may choose to apply a Points expiration policy to Lifetime Elite Membership Accounts in the future.

1.6.e. *Airline Frequent Flyer Program Terms and Conditions*.  The program rules of affiliated airline frequent flyer programs control the redemption and distribution of any Miles earned or transferred.

## 1.7 Other Conditions of Enrollment

1.7.a. ***Cancelling or Suspending Membership Accounts***

i. *Cancelling by Member.* A Member may cancel his/her membership in the Loyalty Program at any time by sending written notice of cancellation to **Member Support**. All unredeemed Points and Awards as well as achieved member status, including Elite Status and Lifetime Elite Status, will be forfeited immediately and may not be reinstated or transferred.

ii. *Cancelling or Suspending by the Company.* The Company may cancel a Member's accumulated Points, suspend Loyalty Program benefits, suspend Elite Membership Status,

suspend Lifetime Elite Membership Status (which will subsequently also remove protection against the forfeiture of Points should the member become inactive as described in Section 1.6.d.), or cancel a Member's Account at any time with immediate effect and without written notice, for any reason and in the Company's sole discretion including, without limitation, if the Company believes the Member has:

A. Acted in a manner inconsistent with applicable laws, regulations, ordinances;

B. Failed to pay any hotel or other bill when due to the Company or a Participating Property or failed to fulfill a Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, or The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, financial obligation;

C. Acted in an inappropriate, fraudulent, abusive or hostile manner;

D. Breached or violated any of these Program Rules or the **Website Terms of Use**;

E. Fraudulently claimed eligibility to earn benefits through Marriott BonvoyTM Events; or

F. Engaged in any misconduct or wrongdoing in connection with the Loyalty Program including, without limitation, with respect to Points, Elite Night Credit, Award usage, or any other Loyalty Program Member benefits.

iii. *Bankruptcy.* Subject to applicable law, a Member's membership in the Loyalty Program will terminate automatically upon the Member filing for bankruptcy or otherwise being subject to a bankruptcy proceeding.

iv. *Legal Action.* Nothing contained in these Program Rules will limit the Company in the exercise of any legal or equitable rights or remedies.

## 1.7.b. *Effect of Membership Cancellation*

i. The Loyalty Program, Points, Awards, and other related benefits and services are the sole property of the Company, and are not the property of Members. On cancellation of membership in the Loyalty Program for any reason, all unredeemed Points, Awards and other related benefits and services will be forfeited and a Member will no longer be able to participate in the Loyalty Program. Points, Awards and other related benefits and services have no cash value and the Company will not compensate or pay cash for any forfeited or unused Points.

ii. If the Company cancels a Member's Account for any reason, the Member may not reapply for membership in the Loyalty Program except in very limited circumstances at Company's sole discretion, and any unauthorized Account opened in the Member's name following cancellation, as well as Points, Awards and other related benefits and services earned in that Account will be forfeited upon discovery.

iii. If a Member cancels his/her Account, or if a Member Account becomes inactive as described in Section 1.6.d., the Member may reapply for membership in the Loyalty Program at a later date, but no Points, Awards and other related benefits and services previously forfeited or expired will be reinstated to the Member Account and any Elite Membership Status and/or Lifetime Elite Membership Status will not be reinstated.

iv. Any Elite Membership Status and Lifetime Elite Membership Status terminates upon cancellation of a Member Account.

1.7.c. *Modification of Program.* Except as otherwise expressly prohibited or limited by applicable laws, the Company has the right to change, limit, modify or cancel the Loyalty Program Rules and Awards, with or without notice, even though such changes may affect the value of Points or Miles, or the ability to obtain certain Awards. Partner Programs similarly reserve the right to modify their own programs, which may impact your rights and expected benefits under the Loyalty Program. The Company and Partner Programs may, among other things: (i) increase or decrease the number of Points or Miles received for a stay or required for an Award; (ii) withdraw, limit, modify or cancel any Award; (iii) add blackout dates, limit rooms available for any Award at any Participating Property or otherwise restrict the continued availability of Awards; (iv) change program benefits, travel partners, locations served by the Company or its travel partners, conditions of participation, rules for earning, redeeming, retaining or forfeiting Points or Miles, or rules governing the use of Awards; (v) change or cancel its travel partner awards. In accumulating Points or Miles, Members may not rely upon the continued availability of any Award.

1.7.d. *Termination of Program.* The Company may terminate the Loyalty Program with six (6) months' advance notice to all active Loyalty Members. At the Company's sole discretion, the Company may choose to substitute a similar loyalty program for the Loyalty Program at any time immediately upon notice to active Loyalty Members. A Member may not accumulate Points or claim Awards, Loyalty Program benefits or amenities after the termination of the Loyalty Program. If the Loyalty Program is terminated, all unredeemed Points will be forfeited without any obligation or liability, and no Award claims will be honored after the conclusion of the notice period. The Company may terminate any of the Loyalty Program in whole or in part, in any jurisdiction on less than six months' notice if required to do so by applicable law.

1.7.e. *Benefits Subject to Availability and Modification.* All Loyalty Program benefits, amenities, offers, Awards and services are subject to availability and may be changed at any time without notice.

1.7.f. *Eligibility to Receive Benefits.* By accepting any Loyalty Program benefits, amenities, offers, awards or services, including, without limitation, any Points or Awards, a Member acknowledges that he/she is responsible for determining whether he/she is eligible to receive, and that he/she is eligible to receive, such Loyalty Program benefits, amenities, offers, awards or services (including, without limitation, Points and Awards) under applicable laws, gift policies and incentive policies. Each Member must immediately notify the Company if he/she is not eligible to receive any Loyalty Program benefits, amenities, offers, awards or services at any time.

1.7.g. *Eligibility Notification.* A Member must promptly notify the Company in the event that (i) he/she is not eligible for any reason, including, without limitation, pursuant to any applicable laws, gift policies or incentive policies, to earn Points, Awards, Elite Membership Status, or any other benefits that a Member may earn under the Loyalty Program, or (ii) his/her Member Account has been credited with any Points, Elite Membership Status, or any other benefit that a Member may earn under the Loyalty Program that he/she has not earned or is not eligible to earn.

1.7.h. *No Sale or Transfer.* Except as expressly permitted in the Program Rules, Points, Awards, and other Member benefits may not be sold, bartered or transferred (other than by the Company or its agents). Any attempted transfer, sale or barter will be void and will be confiscated. The Company and its partners may refuse to honor or recognize any Points, Awards, or Member benefits which the Company believes may have been transferred, sold or bartered.

## 2. EARN POINTS

### 2.1 Earning Opportunities at Participating Properties

2.1.a. A Member will earn:

i. Ten (10) base Points for each U.S. dollar, or the currency equivalent, that is incurred and paid for by the Member on Qualifying Charges in accordance with Section 2.1.b, except at Apartments by Marriott Bonvoy, Protea Hotels, City Express, Four Points Express, Element, Residence Inn, TownePlace Suites, and Homes & Villas by Marriott Bonvoy, where a Member will earn five (5) base Points for each U.S. dollar spent on Qualifying Charges; and except at Marriott Executive Apartments properties where a Member will earn two and a half (2.5) base Points for each U.S. dollar spent on Qualifying Rates in accordance with 2.1.e; and

ii. Elite bonus Points, provided the Member has met the Elite Membership Requirements for Elite Membership Status or Lifetime Elite Membership Status as outlined in Section 4.2. The amount of bonus Points a Member earns will depend on the Member's achieved Elite Member Tier pursuant to Section 4.3. Available to Elite Members at all Participating Brands except as otherwise noted in Section 1.2.a.

iii. Credits toward achieving the Elite Membership Requirements ("**Elite Night Credits**," or individually, "**Elite Night Credit**") for Elite Membership Status and Lifetime Elite Membership Status as outlined in Section 4.2. An Elite Night Credit is only earned on a night during a Qualifying Stay as described in 2.1.d ("**Qualifying Night**," or for more than one night, "**Qualifying Nights**").

2.1.b. *Qualifying Charges.* "**Qualifying Charges**" are:

i. Charges incurred during a stay in a guest room at a Participating Property by a Member on their folio and up to two (2) additional guest rooms with same check-in and check-out dates, including, without limitation, charges for:

A. Qualifying Rates for Stays;

B. Food and beverages (excluding alcoholic beverages where prohibited by law) and may exclude charges incurred at outlets that are not managed or operated by the Participating Property;

C. Direct-dialed in-room telephone and direct-dialed in-room fax;

D. In-room movies and video games;

provided the Member provides his/her Membership Number at the time of reservation or at check-in, stays in one of the reserved guest rooms, and pays for the charges; or

ii. Charges incurred as part of the all-inclusive package during a stay in a guest room by a Member on their folio and up to two (2) additional guest rooms with same check-in and check-out dates paid by the Member at All-Inclusive Resorts and Participating Properties offering all-inclusive packages year-round and designated by the Company as all-inclusive property. Qualifying Charges for stays at these all-inclusive properties include, without limitation, charges for:

• Qualifying Rates for Stays;

• Premium food and beverages (excluding alcoholic beverages where prohibited by law) purchased at the property in addition to the Qualifying Rate;

• Extra-person charges on paid stays at a Qualifying Rate;

• Spa, Golf, and other resort-run activities if managed by the Participating Property;

• Taxes, service charges and gratuities that are part of the qualifying room package rate; and

• In certain limited cases, taxes, service charges, gratuities, and/or fees related to other incidentals charged to the room bill may be eligible for earning Points;

so long as the Member provides their Membership Number at the time of reservation or at check-in, stays in one of the reserved guest rooms, and pays for the charges. Charges from food and beverage outlets managed or operated by a third party may not be eligible for earning Points. Charges incurred at outlets that are not located within the Participating Property or All-Inclusive Resort are not Qualifying Charges; or

iii. Charges incurred by the Member, without a stay in a guest room, at participating outlets located at certain Participating Properties listed on **https://www.marriott.com/loyalty/earn/earn-without-a-stay.mi**, (each a "Participating Outlet") as outlined below:

• Members may earn five (5) base Points for each U.S. dollar, or currency equivalent, for qualifying spend on the total bill after applicable discounts have been applied and less any exclusions (as described below), provided they have met the minimum spend.

• Depending on the Participating Outlet, Members must provide their Membership Account Number at the time of payment at the Participating Outlet or must have a payment card that is linked to their Membership Account Number.

• Elite bonus Points may be awarded depending on how payments are processed at the Participating Outlet.

• Charges that do not qualify for earning Points at Participating Outlets include, without limitation: (A) alcoholic beverages where prohibited by law; (B) charges in connection with a banquet, meeting or other function that is excluded from Qualifying Charges as provided in Section 2.1.c.; (C) charges from Participating Outlets managed or operated by a third party may not be eligible for earning Points; and (D) charges incurred at outlets that are not located within the Participating Property or All-Inclusive Resort. Select charges may also be excluded from earn as determined by the Company or Participating Outlet.

• Members who set their earning preference to Miles (refer to Section 2.3) will receive Points instead for charges incurred by the Member, without a stay in a guest room.

• Members may be required to provide their Membership Account Number and show a valid form of picture identification to match their Membership Account name.

• It may take up to 10 days after each transaction at a Participating Outlet for Points to be posted to the Member's Account. A Member may contact Member Support, if after 10 days, such Points have not been posted to their Account.

• The list of Participating Outlets and Participating Properties may change at any time, with or without notice.

• Additional offers may be available to Members at Participating Outlets, subject to terms and conditions of the offer and the Loyalty Program Rules.

2.1.c. *Non-Qualifying Charges*. Charges which do not qualify for Points include any complimentary services, Award Redemptions (including any cash portion of an Award Redemption), or any other fees or charges including, without limitation: (A) charges for banquets, meetings or other functions, with the exception of Points earned in connection with a Qualifying Event Agreement as described in Section 5; (B) other fees paid including, without limitation, parking, business center, retail stores, and other third-party services; (C) room rate related taxes, service charges, gratuities, fees (e.g. late cancellation fee or no-show fees for not checking in for guaranteed reservations even if the reservations were paid in full), mandatory or automatic charges (e.g., resort charges) and other applicable charges, including certain room and other taxes and fees that are not part of a qualifying all-inclusive room package rate; in certain

limited cases, taxes, service charges, gratuities, and/or fees related to other incidentals charged to the room bill, as well as taxes, service charges and gratuities that are part of a qualifying all-inclusive room package rate, may be eligible for Points; and (D) charges outlined in Section 8.1 for Homes & Villas by Marriott Bonvoy.

2.1.d. *Qualifying Stay*. A "**Stay**" or "**Qualifying Stay**" means all consecutive nights a Member registers for, and personally pays and stays at any Participating Property, for which (i) the room is billed to the Member, or (ii) the guest room is direct billed to the company who has arranged payment for the Member's stay that is not associated with a convention or group meeting.

i. A "**Stay**" is a stay of one or more consecutive nights at the same Participating Property regardless of check-in and check-out activity by a Member who: (A) provides his/her Membership Number at the time of reservation or at check-in; (B) pays a Qualifying Rate or applies an Award Redemption for the stay; and (C) stays in one of the reserved guest rooms. A Member may only earn Points for up to three (3) guest rooms with the same check-in and check-out dates if they stay in one of the reserved guest rooms and pay a Qualifying Rate or apply an Award Redemption for all of the guest rooms.

ii. A "**Qualifying Stay**" is a credit pursuant to these Program Rules that counts toward earning Elite Night Credit. Except as otherwise noted in Section 4.2, Members will only earn credit for each Qualifying Night (i) which is part of a Stay at a Qualifying Rate (as described in 2.1.e.), for the guest room the Member personally pays for and stays in, and not for any additional guest rooms, or (ii) for the guest room direct billed to the company who has arranged payment for the Member's stay that is not associated with a convention or group meeting. Members do not receive Elite Night Credit on stays at Non-Qualifying Rates (see 2.1.f.). Vacation Club Members and Residence Club Members (defined in Section 7 below) may also earn Elite Night Credit as provided in Section 7.1 and 7.2. Members staying at The Ritz-Carlton Club locations under their ownership benefit earn Elite Night Credit as provided in Section 1.2.a.

iii. Members cannot earn or receive benefits for Stays at multiple Participating Properties for the same date(s).

iv. Only one Member per guest room can earn Points/Miles and Elite Night Credit, as well as receive benefits. If there is more than one Member staying in the same guest room, the Members must decide upon check-in whose Membership Number will be applied to the guest room provided it is the same Member who will be paying the bill.

2.1.e. *Qualifying Rates*. A "**Qualifying Rate**" is the rate a Member pays for a Stay in a guest room at a Participating Property which qualifies to earn Points or Miles. Qualifying Rates include most business and leisure rates, such as rates found on Marriott.com without an application of a discount code, Standard and Premium Retail rates, Advanced Purchase rates, Corporate negotiated rates, and national/regional/local Government rates. Unless otherwise specifically stated, Members will receive their membership tier benefits during stays on Qualifying Rates.

i. At participating Design Hotels™, Members earn Points or Miles on Qualifying Charges only on Stays at a Qualifying Rate. Members do not earn Points or Miles on Stays at a Non-Qualifying Rate at participating Design Hotels™ even if they incur Qualifying Charges such as for incidental spend.

ii. At Marriott Executive Apartments, Members earn Points or Miles on the Qualifying Rate only even if they incur Qualifying Charges.

2.1.f. *Non-Qualifying Rates*. A "**Non-Qualifying Rate**" is a rate a Member pays for a Stay in a guest room at a Participating Property which does not qualify to earn Points or Miles, as well as membership tier benefits. Non-Qualifying Rates are those booked using the following methods:

i. The guest room was booked through a tour operator, online travel channel or other third-party channel including, without limitation, expedia.com, hotwire.com, priceline.com, orbitz.com, booking.com, travelocity.com; or

ii. The guest room was booked at a group rate as part of an event, meeting, conference or organized tour, and the Member does not directly pay the Participating Property for such room; or

iii. The guest room was booked at a tour operator, wholesaler, or crew room rate or package including, without limitation, organized tours or package bookings; or

iv. The guest room was complimentary; or

v. A voucher or third-party award was redeemed for the guest room.

2.1.g. Points will not be given, or Awards honored, at any subsidiary or affiliate of the Company other than at Participating Properties, unless otherwise advertised. If a hotel or other property ceases to be a Participating Property, all stays subsequent to such date will not be eligible to earn Points regardless of when the reservation was made. See Section 9.5 for additional terms.

**2.2 Earn One Currency.**

A Member may earn only one currency - Points or Miles. A Member may not earn both Points and Miles for the same stay. A Member may switch from earning Points to Miles, or vice versa, before a given Stay by updating his or her Membership profile or by contacting **Member Support**. A Member will begin earning the new "currency" (Points or Miles) with the next Stay. Previous earnings will not be converted to the new currency. If the Member wishes to "convert" Points into Miles, he or she may do so in accordance with Section 3.5.

**2.3 Earning Miles instead of Points.**

Membership Accounts are initially set up to earn Points. Members can change their earning preference to Points or Miles through their Membership profile online. When choosing to earn Miles instead of Points for Qualifying Stays, Members must also designate a **participating**

**airline frequent flyer program** and corresponding account number in the Member profile to which the Member's Miles will be credited. When this is completed, Members earn Miles (or Miles currency equivalent) depending on the **participating airline frequent flyer program** on Qualifying Charges incurred on future Qualifying Stays only. Elite Bonus Points are not awarded to Members with the earning preference set to Miles. There may be other earn such as the Elite Welcome Gift of Points which remain in the Member's Account as Points until the Member initiates the transfer to Miles. Once Miles have been awarded to the designated participating airline frequent flyer program, they may not be changed to another designated participating airline frequent flyer program or converted to Loyalty Program Points. For details on joining participating airline frequent flyer programs, please refer to the particular airline's loyalty program terms and conditions.

**2.4 Marriott Bonvoy™ Events.**

A Member can earn Points or Miles and Qualifying Nights for eligible groups, meetings and events if the Member is an eligible meeting planner pursuant to Section 5.

**2.5 Individual Earning for Qualifying Charges and Qualifying Nights.**

2.5.a. No other person except the Member may earn Points/Miles on Qualifying Charges and Elite Night Credit on Qualifying Nights for his/her Membership Account.  Points/Miles and Elite Night Credit for a room shared by two Loyalty Program Members will only be awarded to one Loyalty Program Member

2.5.b. Point/Miles and Elite Night Credit accrual is limited to individual travel and the room must be paid for individually by the Member or direct billed to the company who has arranged payment for the Member's stay that is not associated with a convention or group meeting.

2.5.c. If the Member attends a convention or group meeting and individually pays the hotel or other property directly for the room, he/she will be eligible to receive Points/Miles and Elite Night Credits for the Stay.  However, contract rooms, rooms reserved by corporations on an ongoing basis, and master-billed rooms are not eligible to earn Points/Miles and Elite Night Credit.

2.5.d. Military rates at certain overseas locations are subject to local restrictions and may be ineligible for Points/Miles and Elite Night Credit.

**2.6 Credit for Stays or Qualifying Events Completed Prior to Enrollment.**

2.6.a. Points/Miles and Elite Night Credit may be earned for stays completed within thirty (30) days prior to the Member's enrollment in the Loyalty Program as described further in Section 9.3, if such credit is requested through **Member Support**, along with a copy of the paid receipt for the stay, within sixty (60) days of the stay.  Additional documentation may be necessary.

2.6.b. Points/Miles and Elite Night Credit may be earned for Qualifying Events (see Section 5.4) completed within thirty (30) days prior to the Member's enrollment in the Loyalty Program as

described further in Section 9.3, if such credit is requested through the property where the Qualifying Event was held, along with a copy of the paid receipt for the Qualifying Event, within sixty (60) days of the Qualifying Event.  Additional documentation may be necessary.

**2.7 Foreign Exchange.**

The amount of Points earned at Participating Properties where a non-U.S. dollar currency is used will be calculated based on Qualifying Charges converted to U.S. dollar at the exchange rate selected by the Company.  This may be the foreign exchange rate used by a Participating Property at check-in, at check-out or another rate selected by the Company and may not be the same rate used for currency conversions on the Member's folio.

**2.8 Transferring Points from One Account to Another.**
2.8.a. In accordance with the conditions for transferring Points as described in Section 1.6.c., a Member can transfer up to a maximum of 100,000 Points per calendar year to another Membership Account as long as both Accounts are in good standing and have each been open for at least thirty (30) days with qualifying activity, ninety (90) days without qualifying activity (see 2.8.b). A Member can receive up to a maximum of 500,000 Points per calendar year from other Membership Accounts as long as the Accounts are in good standing and have each been open for at least thirty (30) days with qualifying activity, ninety (90) days without qualifying activity.

2.8.b. A new Member may receive a Points transfer thirty (30) days after enrollment if the Account reflects activity including a Qualifying Stay or other qualifying activity as described in Section 1.6.d. After ninety (90) days from enrollment, a new Member is eligible to receive a Points transfer regardless of their account activity.

2.8.c. Authorization to transfer Points must be initiated by the Account holder with the Points to be transferred using the **Points Transfer Tool**. A minimum of 1,000 Points is required for the transfer. The Account holder requesting the transfer must provide the Membership Number and the full name of the Points recipient at the time of the Point transfer request. Both the Membership Number and the name provided must match the Membership Number and name listed on the Account of the Points recipient in order to successfully complete the transfer.

2.8.d. Once the authorization for transfer is received and processed, the transferor relinquishes all rights to the transferred Points, and they become the recipient's Points. The Loyalty Program reserves the right, in its sole discretion, to prevent or cancel transactions where (i) the Loyalty Program has reason to believe that the identity of the Member transferring points does not match the identity of the person authorizing the Points transfer, or (ii) where the Loyalty Program suspects there has been any fraudulent activity connected with the Points transfer in relation to the Member's Account.

2.8.e. Miles and Elite Night Credit cannot be transferred between Membership Accounts.

**2.9 Purchase Points.**
Members may purchase or receive Points purchased by another Member as a gift for a combined maximum of 100,000 Points per calendar year if purchased through the **Buy Points Storefront**↗

or **Gift Points Storefront**↗. Members may purchase Points for a combined maximum of 100,000 Points per calendar year if purchased through the Points.com-powered window on Marriott websites, Marriott Mobile Apps or the Customer Engagement Centers. Points may be purchased at the rate of $12.50 U.S. dollars per 1,000 Points. Pricing varies during promotional periods. A Member must be in good standing to purchase and/or receive Points. A new Member may purchase Points thirty (30) days after enrollment in the Loyalty Program. Please refer to Section 2.8 for additional information on individual Member conditions on transferring to or receiving points from another Member per calendar year. Purchased Points do not count toward Marriott Bonvoy Elite status. Points will be posted to the Member's Account within seventy-two (72) hours after the purchase is complete. Once Points have been purchased, no refunds will be permitted. Purchasing Points using a Marriott co-brand credit card will earn Points as an everyday purchase where applicable. Members who choose to purchase Points using their Union Pay single-logo credit cards (with card number starting with digits 62) can do so by choosing Discover as their payment option.

**2.10 Earning through Partners.**
Points earned in connection with the partner are subject to these Loyalty Program Rules along with any applicable terms and conditions of the partner.

2.10.a. *Miles to Points Offering*. A Member may convert Miles to Points with select frequent flyer programs or other affiliated airline programs (each, a "Participating Airline") at a designated Miles to Points conversion ratio as indicated **here** (the "Miles to Points Offering"). Registration for the Miles to Points Offering is not required but may be subject to eligibility criteria, from time to time, as set forth by Participating Airlines and the Marriott Bonvoy Loyalty Program. Members requesting to convert Miles earned through Participating Airlines to Points with the Marriott Bonvoy Loyalty Program, must be a member of both the Marriott Bonvoy Loyalty Program and the Participating Airline in order to successfully complete the conversion. Members engaging in the Miles to Points Offering are required to ensure that the account holder name in both their Participating Airline account and Marriott Bonvoy Loyalty Program Account match to ensure that the Miles to Points Offering transaction successfully posts to the Account. Once Miles have been converted to Points, Points will automatically be transferred to the Member's Marriott Bonvoy Loyalty Program Account. In most cases, Points will be posted to the Member's Marriott Bonvoy Loyalty Program Account in up to eight (8) weeks. Once Points are ordered to a Member's Marriott Bonvoy Loyalty Program Account, cancellation, changes, reissuance, and/or refunds of Miles are not allowed. The Marriott Bonvoy Loyalty Program and Participating Airlines have the right to terminate the Miles to Points Offering or to change the Miles to Points Offering policies, procedures, conditions of participation, benefits, awards and special offers, in whole or in part, at any time, with or without notice. The Marriott Bonvoy Loyalty Program reserves the right, in its sole discretion, to prevent or cancel transactions where (i) the Loyalty Program has reason to believe that the identity of the Member converting the Miles to Points does not match the identity of the person receiving the Points or (ii) where the Loyalty Program suspects there has been any fraudulent activity connected with the Miles to Points conversion in relation to the Member's Account. For details on joining Participating Airline, please refer to the particular Participating Airline's terms and conditions. The terms and conditions of each Participating Airline control the distribution of the Miles earned through

Participating Airline. The Miles to Points Offering is subject to the terms and conditions of each Participating Airline.

2.10.b. *Cruise with Points.* A Member may earn Points when he/she books a cruise through the Company's cruise partner. More information on the Cruise with Points program may be obtained **here**↗. This section does not apply to The Ritz-Carlton Yacht Collection (see 1.2.a for The Ritz-Carlton Yacht Collection).

2.10.c. *Hertz®, Dollar®, Thrifty®.* A member may earn Points and receive special discounts on vehicle rentals with Hertz, Dollar, and Thrifty, where available, when booked through **here**↗. Qualified Elite Members may also receive complimentary Hertz Gold Plus Rewards® elite status.

2.10.d. *Identity at The Cosmopolitan.* Members of Identity at The Cosmopolitan of Las Vegas may convert Identity Points to Loyalty Program Points in accordance with the **Identity program terms and conditions**↗. Members are directed to call Identity Membership & Rewards at (877) 551-7779 or email **IDENTITYMEMBERSHIP@COSMOPOLITANLASVEGAS.COM**.

2.10.e. *Vacations by Marriott.* Vacations by Marriott is administered by a third-party travel partner on behalf of the Loyalty Program. Points and Elite Night Credit are earned in accordance with the Loyalty Program Rules. Members cannot use Points or Miles to purchase Vacations by Marriott packages. Members are subject to the Loyalty Program Rules as well as the terms and conditions of Vacations by Marriott program. More information can be found on **www.vacationsbymarriott.com**↗.

2.10.f. *Eat Around Town by Marriott Bonvoy™.* A Member may earn Points when they enroll in the Eat Around Town by Marriott Bonvoy™ program and dine at participating restaurants. Members are subject to the terms and conditions of the Eat Around Town by Marriott Bonvoy program and the Loyalty Program Rules. More program information is available at **eataroundtown.marriott.com**↗.

2.10.g. *Marriott Bonvoy Boutiques™.* A Member may earn 10,000 Points with the purchase of a mattress on any of the Marriott International's fifteen (15) online retail websites (**Shop EDITION**↗, **The Ritz-Carlton Shops**↗, **The Luxury Collection Store**↗, **St. Regis Boutique**↗, **W Hotels The Store**↗, **Curated by JW**↗, **Shop Marriott**↗, **Sheraton Store**↗, **Westin Store**↗, **Shop Le Meridien**↗, **Collect Renaissance**↗, **Gaylord Hotels Store**↗, **Shop Courtyard**↗, **Shop Four Points**↗, **Fairfield Store**↗). Points are awarded to the purchasing member approximately 3-5 weeks following the acceptance of the mattress delivery. Members are subject to the terms and conditions with the mattress purchase on the Marriott online retail sites and the Loyalty Program Rules. More information is available on the Marriott online retail websites.

2.10.h. *Marriott Uber Loyalty Initiative.* To participate in the Marriott Uber loyalty initiative, Members must link their Membership Account to their Uber account associated with a U.S. phone number. Once Members link their accounts, they can earn Points on Qualifying Transactions. A "Qualifying Transaction" means (i) a ride taken with Uber XL, Uber Black,

Uber SUV or Uber Comfort; (ii) a restaurant order placed through Uber Eats in an amount of $40 U.S. dollars or more before the calculation of any applicable promotions or discounts (excluding taxes, fees, and tips), or (iii) a grocery order placed through Uber Eats in an amount of $40 U.S. dollars or more before the calculation of any applicable promotions or discounts (excluding taxes, fees, and tips), in each case, that occurs in the United States. Points earned for Qualifying Transactions will be based on U.S. dollars spent before promotions and discounts, excluding taxes, fees, and tips.

After linking their Membership Account to their Uber account, for all Qualifying Transactions Members will receive (as applicable): (i) 3 Points for each dollar spent before promotions and discounts, excluding taxes, fees, and tips on Uber XL, Uber Black, Uber SUV and Uber Comfort rides, (ii) 6 Points for each dollar spent before promotions and discounts, excluding taxes, fees, and tips on restaurant and grocery orders made using Uber Eats delivered to Marriott International properties (excluding Homes & Villas by Marriott Bonvoy), and (iii) 2 Points for each dollar spent before promotions and discounts, excluding taxes, fees, and tips on all other restaurant and grocery orders made using Uber Eats, including pick up orders.

Members are subject to the terms and conditions of Uber and Uber Eats, as well as the Program Rules. Uber and the Company reserve the right to change the number of Points that Members may earn and the activities for which they may earn Points. Uber or the Company may also unlink accounts as a result of termination or suspension of the Marriott Uber loyalty initiative, suspected fraud, or a change in eligibility. Uber and Company reserve the right to cancel, revoke, and/or adjust Points earned where (i) Uber and/or Company suspect there has been fraudulent activity connected with a Qualifying Transaction, or (ii) a refund has been provided in connection with a Qualifying Transaction. More information is available at **www.uber.com/marriottbonvoy**↗.

2.10.i. *Rakuten Points to Points*. A Member may convert Rakuten loyalty program ("Rakuten Points Program") points ("Rakuten Points") for Points at a 3 Rakuten Points to 1 Point conversion ratio **here**↗. Members must convert a minimum of 3,000 Rakuten Points to Points per transaction. Members requesting to convert Rakuten Points to Points must be a member of both the Loyalty Program and the Rakuten Points Program. Members must provide their Loyalty Program Account number when requesting to convert Rakuten Points to Points. Members may only request to transfer Rakuten Points from their Rakuten Points Program account to their Loyalty Program Account and may not transfer Rakuten Points to the Loyalty Program Account of another individual. Marriott Bonvoy reserves the right, in its sole discretion, to prevent or cancel transactions where (i) Marriott Bonvoy has reason to believe that the identity of the Member converting the Rakuten Points to Points does not match the identity of the person receiving the Points, or (ii) Marriott Bonvoy suspects there has been fraudulent activity connected with the Rakuten Points to Points conversion in relation to the Member's Account. Once Rakuten Points have been exchanged for Points, Points will automatically be posted to the Member's Loyalty Program Account. In most cases, Points will be posted to a Member's Loyalty Program Account within two (2) weeks. Once Points are ordered to a Loyalty Program Account, changes, reissuance, re-credit or refund of Rakuten Points are not allowed. The terms and conditions of the Rakuten Points Program control the use of Rakuten Points. The Loyalty Program and Rakuten Points Program reserve the right to terminate or change the Rakuten Points

to Points conversion program policies, procedures, conditions of participation, benefits, awards, and special offers, in whole or in part, at any time, with or without notice. For details on joining the Rakuten Points Program, please refer to the **Rakuten Points Program website**↗ (in Japanese) and **terms and conditions**↗. All **terms and conditions**↗ of the Rakuten Points Program apply.

2.10.j. *Marriott Bonvoy + Bilt Rewards™* – Link & Points Transfer. A Member may convert Bilt Rewards points ("Bilt Points") to Points at a one Bilt Point to one Point transfer ratio in accordance with the **Marriott Bonvoy + Bilt Rewards Terms and Conditions**↗. In order to convert Bilt Points to Points under the Marriott Bonvoy + Bilt Rewards Program ("Bilt Rewards Program") and to participate in the Bilt Rewards Program, Members must link their Account to their Bilt Rewards account in the Bilt Rewards app as set forth in the Marriott Bonvoy + Bilt Rewards Terms and Conditions. Additional terms set forth in the Marriott Bonvoy + Bilt Rewards Terms and Conditions apply.

## 3. REDEEM POINTS

### 3.1 Award Redemption in General.

A Member may redeem full or partial Points or Free Night Awards (see Section 3.3.c) to obtain various products, (each an "**Award Redemption**") including, without limitation, Stays in guest rooms at Participating Properties, Moments experiences, flights, and other services and merchandise. A full listing of current Award Redemption options is available on the **Loyalty Program website** under "**USE POINTS/ AWARDS.**"

3.1.a. Points and Award Redemptions may not be exchanged or redeemed by a Member for cash, prizes or credit.

3.1.b. Points posted as the result of a transfer or earned from the use of credit cards may not be redeemable for certain Award Redemptions.

3.1.c. Unless otherwise noted, Award Redemptions are valid only for use by the Member from whose Account the Award Redemption was processed and are not transferable.

3.1.d. Award Redemptions believed to have been bartered, sold, exchanged, or issued fraudulently, or issued to someone other than the eligible Member, will be void and will not be honored.

### 3.2 Award Redemption Stays at Participating Properties.

Unless otherwise noted, a Member may apply an Award Redemption for a Stay in a standard guest room or Premium Room (with existing bedding) at a Participating Property ("**Award Redemption Stay**"). General terms for Award Redemption Stays including the Award Redemption Stay types in Section 3.3 are covered below. Please note some Participating Brands have different Award Redemption Stay policies including Homes & Villas by Marriott Bonvoy (as described in Section 8.2).

3.2.a. *Subject to Availability.* The ability to use an Award Redemption for a Stay at a Participating Property is subject to availability at the time of reservation and must be booked through the Marriott Channels as described in Section 1.2.b.

3.2.b. *Award Redemption Reservation.* When making a reservation for an Award Redemption Stay, the required Points and/or applied Free Night Award(s) will be deducted and the Award Redemption attached to the reservation automatically, provided the Member has sufficient Points for the entire stay and/or sufficient Free Night Award(s) as described in Section 3.3.c, as applicable. In the event the required Points and/or Free Night Award(s) fail to deduct during the booking process, and the Award Redemption does not attach to the reservation, the Member should contact Member Support to remediate the reservation. The Member is responsible for ensuring the Member has sufficient Points and/or Free Night Award(s) to cover the entire Award Redemption Stay. In the event a Member does not have sufficient Points and/or Free Night Award(s) to cover the entire Award Redemption Stay, the reservation may be cancelled or changed to the best paid rate available. Award Redemption Stays are valid only for individual travel and are not valid for group travel, package tours, conventions or other special rates and/or package programs.

3.2.c. *Gifted Award Redemption Stays (Third Party Transfers).* Award Redemption Stays are valid only for use by the Member from whose Account the Award Redemption Stay was processed and are not transferable, except as set forth below. Members have the option to transfer Points to another Member's Account as described in Section 2.8.

i. A Member may request an Award Redemption Stay to be issued to another person and where the Member will not be staying (each such stay, a **"Gifted Award Redemption Stay"** and, collectively, **"Gifted Award Redemption Stays"**), only when booking the Award Redemption Stay through **Member Support**. All Award Redemption Stay Types listed under Section 3.3 are eligible to be gifted to another person, except for Free Night Awards.

ii. A Member may book a maximum of five (5) Gifted Award Redemption Stays in a calendar year on a single Membership Account.

iii. When booking a Gifted Award Redemption Stay reservation, a Member must provide to Member Support their Membership Number and name, as well as the name of the person who will be staying at the Participating Property (the recipient). Both names and the Member's Membership Number must be provided to Member Support at time of booking the Gifted Award Redemption Stay. If a Member makes an Award Redemption Stay reservation first, they must contact Member Support to then add the recipient's name. They cannot contact the Participating Property to add the recipient name.

iv. If a Member needs to make a change to an existing Gifted Award Redemption Stay reservation, they must contact Member Support. Date changes are subject to availability, and the Member is responsible for the changes to the Points or cash, as applicable.

v. For Gifted Award Redemption Stays, the Member (as the gifter) and the recipient will not earn any Points/Miles, Elite Night Credit, Qualifying Nights, or Qualifying Stays in connection with such Gifted Award Redemption Stays. In addition, the recipient on the Gifted Award Redemption Stay will not receive any Elite tier benefits associated with their own Account or the Member's Account.

vi. At check-in, the recipient of the Gifted Award Redemption Stay must show valid identification and provide a credit card or cash deposit to the Participating Property for incidental charges.

3.2.d. *Guarantee and Cancellation Policies.* The standard guarantee and cancellation policies of a Participating Property will apply to Award Redemption Stay reservations including, without limitation, all minimum length of stay requirements, credit card guarantee requirements and charges for late cancellation, no-shows, and early check-out.

A Point refund may be issued for a stay that is less than the number of days on the Award Redemption, but the Member must inform the Participating Property's front desk in advance of the early check-out time in order for the Point refund to be issued to the Member's Account.

If a Member fails to cancel a guaranteed Award Redemption Stay reservation within the permitted cancellation period, the Participating Property will charge the applicable cancellation fee to the credit card provided by the Member at the time the reservation was made and the Points that were redeemed will be re-deposited into the Member's Account.

3.2.e. *Amount of Points Required.* The amount of Points required per night for an Award Redemption Stay varies by the Participating Property, the room types available at the Participating Property, length of stay, and may also vary by time of year. Points required per night are updated continuously and may change at any time. If the Member makes a modification to the Award Redemption Stay, the Member is responsible for the changes to the Points required.

3.2.f. *Award Redemption Stay Inclusions & Exclusions.* The Award Redemption Stay includes the cost of a guest room (with existing bedding) at a Participating Property, room tax, service charge, and extra-person charges (except at eligible all-inclusive properties), if any. All other charges, including incidentals, resort fees and The Ritz-Carlton Club level charges, rollaways, and other fees, are the responsibility of the Member and are not included in the Award Redemption Stay.

At the all-inclusive properties (described under 2.1.b), the Award Redemption Stay covers the cost of the all-inclusive package which includes, but is not limited to, the standard room (with existing bedding), room tax, service charge, resort fee, and standard food and beverage, for up to two people. ***Extra-person charges for the third, fourth, or more guests in the room are an additional fee and are not included in the Award Redemption as form of payment.*** This fee as well as all other property charges are the responsibility of the Loyalty Program Member and are not included in the Award Redemption Stay. Loyalty Program Members must inform any All-Inclusive Resort or Company-designated all-inclusive property of the correct number of guests for each reservation at such All-Inclusive Resort or Company-designated all-inclusive property,

including any extra persons beyond the first and second guest, and the correct ages of any children for each such reservation. The Company reserves the right, at its discretion, to modify the room rate a Member must pay for a reservation to reflect the correct guest count, including children, for such reservation.

3.2.g. *Room Preferences Not Guaranteed.* With an Award Redemption Stay, bedding, smoking, and other room preferences may be requested, but are not guaranteed.

3.2.h. *No Points or Miles.* Members will not receive Points or Miles for the Award Redemption Stay portion of their stay.

3.2.i. *Elite Night Credit.* An Award Redemption Stay at a Participating Property is considered a Qualifying Stay and as such the Member will receive Elite Night Credit toward earning Elite Membership Status or Lifetime Elite Membership Status. A Member who uses an Award Redemption will only receive Elite Night Credit(s) for the guest room in which the Member stays and will not receive Elite Night Credits for additional guest rooms.

3.2.j. *Multiple Rooms.* A Member may redeem Points or apply Free Night Awards for up to a total of nine (9) guest rooms under the Member's name and where the Member is staying at the same Participating Property over the same dates. When doing so, the Member agrees to make legitimate Award Redemption Stay reservations in good faith for use by the Member and his or her invited guests only, and not for any other purposes, including without limitation, reselling, impermissibly assigning or posting on third party websites, or making speculative, false or fraudulent reservations, or any reservation in anticipation of demand. The Company reserves the right to cancel any reservations it believes to be in violation of the Program Rules.

3.2.k. *Exit of Participating Property.* If a Participating Property exits the Loyalty Program for any reason after a Member makes an Award Redemption Stay reservation but before the Member's stay, the Company will use reasonable efforts to have such former Participating Property honor the reservation or assist in arranging equivalent accommodations nearby; however, the Company cannot guarantee that any Awards, upgrades or any other benefits a Member may earn under the Loyalty Program will be honored.

3.2.l. *Ownership Acquired Points.* Points acquired through ownership of an interest at a Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club property or at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, may **not** be used to request an Award Redemption Stay reservation at a Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, or Westin Vacation Club property or at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale unless otherwise permitted.

3.2.m. *Award Redemption Stays Outside United States.* An Award Redemption Stay at destinations outside the United States is subject to all required government approvals, restrictions, and applicable non-hotel taxes. Awards do not include United States federal inspection fees or any other fees, expenses, surcharges, non-hotel taxes or other costs or

expenses that may be imposed by foreign governments for international travel. Members are responsible for these government mandated taxes, fees, etc.

3.2.n. *Limited Blackout Dates.* The Company has a "Limited Blackout Dates" policy, which means that, subject to the limitations and exclusions below, Participating Properties have standard rooms available every day for Award Redemptions. These limitations and exclusions are:

i. Participating Properties may limit the number of standard rooms available for redemption on a limited number of days.

ii. The following Participating Brands allow only for Points/Miles earnings and do not offer Points redemption: Marriott Executive Apartments®.

iii. The following Participating Properties or Brands either do not participate in or do not fully participate in the Limited Blackout Dates policy at this time:

- JW Marriott Scottsdale Camelback Inn® Resort & Spa, Scottsdale, AZ
- Marriott Vacation Club and Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club – all properties
- Vistana Residence Network – all properties
- Rome Marriott Grand Hotel Flora, Rome, Italy
- Waikoloa Beach Marriott Resort & Spa, Hawaii
- Wailea Beach Resort – Marriott - Maui, Hawaii
- Hotel Cala di Volpe, a Luxury Collection Hotel, Costa Smeralda, Italy
- Hotel Pitrizza, a Luxury Collection Hotel, Costa Smeralda, Italy
- Hotel Romazzino, a Luxury Collection Hotel, Costa Smeralda, Italy
- Homes & Villas by Marriott Bonvoy
- North Island, a Luxury Collection Resort, Seychelles

## 3.3 Award Redemption Stay Types.

3.3.a. *Standard Redemption Award*. Members may redeem their Points for a **"Standard Redemption Award"** which covers the full cost of a standard guest room for one or more nights at a Participating Property as described in Section 3.2.e. Standard rooms available for Award Redemptions vary between Participating Properties and Participating Brands. Award Redemptions of Premium Rooms may be available at a higher Points cost as described in Section 3.3.e.

3.3.b. *PointSavers™ Award.* A "**PointSavers Award**" offers Point savings on the Award Redemption Stay for a standard guest room or Premium Room at the Participating Property and is available for limited periods of time. Members can redeem their Points for PointSavers Awards at Participating Properties when and where available. Participation in and availability of PointSavers Awards are at the discretion of Participating Properties.

3.3.c. *Free Night Award.* A "**Free Night Award**" is issued through a Loyalty Program benefit, promotion, or Partner Program. Each Free Night Award carries a specific Points value that can be applied to one (1) night in a standard guest room at a Participating Property offering a Standard Redemption Award rate or PointSavers Award rate for the requested stay date that is less than or equal to the value of the Free Night Award. Free Night Awards are valid only for use by the Member designated on the Free Night Award and are not transferable. More than one (1) Free Night Award can be used for a Stay with multiple nights, as well as for multiple rooms where the Member is present for the Stay and the room is under the Member's name (see Section 3.2.j). Free Night Award examples include the Free Night Award option with the 75-Night Annual Choice Benefit (see Section 4.3.d) and the Free Night Award issued through certain Marriott International co-brand credit cards (see Section 6).

i. Members who apply the Free Night Award on a night where the value of the Free Night Award is higher than the standard guest room Award Redemption rate or PointSavers Award rate will forfeit the difference in Points and not receive a Points refund. When applying a Free Night Award to a night in a reservation, Members are able to redeem or purchase up to 15,000 Points to expand the value of such Free Night Award.

ii. Free Night Awards may be used up to its expiration date listed; it cannot be extended beyond the validity date, exchanged, or re-deposited into the Member's Account for Points or future use.

iii. Additional restrictions for using Free Night Awards include, but are not limited to, Free Night Awards: (1) can only be applied to a standard room and does not apply to a Premium Room; (2) value cannot be combined with cash or other Award Redemption types; (3) are not eligible for the Stay for 5, Pay for 4 Offer (see Section 3.3.d); and (4) cannot be used at Homes & Villas by Marriott Bonvoy and The Ritz-Carlton Yacht Collection.

3.3.d. *Stay for 5, Pay for 4 Offer.* A Member who redeems Points for five consecutive nights for an Award Redemption Stay using a Standard Redemption Award or PointSavers Award under one reservation (i.e., one confirmation number) will only need to redeem Points for four nights (**"Stay for 5, Pay for 4 Offer"**). The free night offer applies to the night with the lowest Point redemption rate within the same Award Redemption Stay. In the event there is more than one night at the lowest Point redemption rate, the free night offer will apply to the first night at that rate. Stay for 5, Pay for 4 Offer cannot be applied to a stay comprised of multiple reservations with consecutive nights. Also, Stay for 5, Pay for 4 Offer cannot be applied after the Member checks into the hotel. There is no Points refund or free night credit for any unused portion of a Stay for 5, Pay for 4 Offer. Stay for 5, Pay for 4 Offer may only be applied to a standard room and does not apply to a Premium Room. Pursuant to Section 3.2.e, if the Member makes a modification to the Award Redemption Stay, the Member is responsible for changes to the Points required. Stay for 5, Pay for 4 Offer does not apply to Award Redemption Stays using Free Night Awards, Upgrade Awards, Cash + Points Awards, and Suite Night Awards.

3.3.e. *Upgrade Awards.* When using Points for an Award Redemption Stay, Members may have to redeem additional Points for an upgrade to Premium Room. This **"Upgrade Award"** may only be used when redeeming Points for the full cost of one or more nights in a Premium Room

at a Participating Property. **"Premium Rooms"** are upgraded rooms based on size, view, services and/or other attributes, and include suites.

i. There are two types of Upgrade Awards:

(A). *Point Upgrade Awards*. A **"Point Upgrade Award"** is issued when Points are redeemed for an upgrade to a Premium Room on an Award Redemption Stay and is subject to availability at Participating Properties.

(B). *Paid Upgrade Awards*. At select Participating Properties, Members may pay for an upgrade to a Premium Room on an Award Redemption Stay on a cost per night basis. The price for "**Paid Upgrade Award**" varies by Participating Property and will be charged to the folio during the Member's stay. Additional Points are not required with Paid Upgrade Awards. Members will not earn Points or Miles on Paid Upgrade Awards. In addition, the cash portion does not count toward the Ambassador Elite Annual Qualifying Spend (as defined below) requirement (see 4.3.e). Members are responsible for all applicable taxes and service charges associated Paid Upgrade Awards.

ii. Upgrade Award requirements may vary by Participating Property, room type and season. Participating Properties, at their discretion, may offer Premium Room(s) that require an Upgrade Award, e.g. rooms with special views such as ocean or bay views. Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, and Westin Vacation Club properties and The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, require Upgrade Awards for all unit types other than studio units. Some upgrades to Premium Rooms require payment in local currency and cannot be purchased with Points. Check the room description for currency and other redemption requirements when booking an Award Redemption Stay reservation online. The amount of cash or Points required per night for an Upgrade Award is updated continuously and may change at any time. Pursuant to Section 3.2.e, if the Member makes a modification to the Award Redemption Stay, the Member is responsible for changes to the cash or Points required. Upgrade Awards are not offered at All-Inclusive Resorts and Design Hotels.

3.3.f. *Cash + Points Awards.* With the "**Cash + Points Award**" Members can apply a mix of cash and Points for one or more nights in a standard room at a Participating Property when available. Participation in and availability of Cash + Points Awards are at the discretion of the Participating Property. The amount of cash and the amount of Points required per night for a Cash + Points Award are updated continuously and may change at any time. Pursuant to Section 3.2.e, if the Member makes a modification to the Award Redemption Stay, the Member is responsible for changes to the cash and Points required. Members will not earn Points or Miles on the cash portion of Cash + Points Awards. In addition, the cash portion does not count toward the Ambassador Elite Annual Qualifying Spend (as defined below) requirement (see 4.3.e). Members are responsible for all applicable taxes and service charges associated with the cash portion of Cash + Points Awards. The Stay for 5, Pay for 4 Offer does not apply to Cash + Points Awards. The Cash + Points Award structure is subject to modification, cancellation or limitation at any time without notice at the discretion of the Loyalty Program. The Cash & Points Payment

for Homes & Villas by Marriott Bonvoy is different from Cash + Points Awards and follows the Program Rules under Section 8.2.

**3.4 Instant Redemptions at Participating Properties.**

Members may use Points during their stay to redeem an **"Instant Redemption Award,"** which they may apply as a credit against their room folio upon check-out. An Instant Redemption Award must be ordered at the Participating Property during the stay to which it will be applied and cannot be booked in advance of the stay. When a Member requests an Instant Redemption Award for a specific U.S. dollar amount or for "up to" a specific U.S. dollar amount, the Loyalty Program will deduct those Points from the Member's Account. For a listing of the Instant Redemption Awards required to redeem specific U.S. dollar values, please refer to the Loyalty Program website under **"USE POINTS / AWARDS."**

3.4.a. A request for an Instant Redemption Award may only be made by a Member of the Loyalty Program who is in good standing. As proof of eligibility, a valid Membership Number is required when redeeming an Instant Redemption Award.

3.4.b. Instant Redemption Awards are valid only when used toward the expenses charged to a Member's room folio, including, but not limited to room charges, food and beverages, golf, spa services and incidental expenses. Instant Redemption Awards cannot be redeemed for cash or gift cards. Instant Redemption Awards are valid only for individual travel, and are not applicable to group travel, package tours, or conventions that have been charged to and/or paid by a third party. Instant Redemption Award credits may be used by the Member only and may not be gifted, although if requested at the time of redemption, Instant Redemption Awards may be credited against a third party's room folio if the room was booked under the Member's Loyalty Program Membership Number.

3.4.c. The Member requesting the Instant Redemption Award must have the total Points value required to purchase the Instant Redemption Award requested available in his or her Membership Account at the time of ordering. Once accrued Points in the Member's Account have been redeemed for an Instant Redemption Award, the Points cannot be returned to the Member's Account. Any portion of the Instant Redemption Award not applied to the Member's room folio will be forfeited; if the amount requested for the Instant Redemption Award is more than the room folio balance, cash will not be returned to the Member.

3.4.d. Redeemed Instant Redemption Awards are not refundable, exchangeable, replaceable or transferable for cash or credit.

3.4.e. Not all Participating Properties offer Instant Redemption Awards. The following Participating Brands do not offer Instant Redemption Awards: Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, Design Hotels™, City Express, Atlantis, Paradise Island, and The Cosmopolitan of Las Vegas. In addition, Instant Redemption

Awards are not offered at select Participating Properties. Contact the Participating Property directly for Instant Redemption Award participation.

**3.5 Award Redemption at Participating Properties Without a Stay.**
Members may redeem their Points at select Participating Outlets located at certain Participating Properties listed on **https://www.marriott.com/loyalty/earn/earn-without-a-stay.mi**. Members must have the Marriott Bonvoy Mobile App to participate. **To redeem Points at one of the Participating Outlets, Members are required to show a valid form of picture identification to match their Membership Account name.** Charges eligible for Points redemption vary by each Participating Outlet. The amount of Points required vary based on the total outstanding bill (excluding charges that are ineligible for redemption). Full Points redemption of the total outstanding bill (excluding charges that are ineligible for redemption) is required. The bill cannot be combined with other forms of payment. Partial redemptions of eligible charges for redemption contained in a bill are not accepted. Members must have the full amount of Points required in their Account at the time of redemption as they will be deducted immediately from the Account. Once Points are redeemed, the transaction cannot be reversed. Select charges may also be excluded from redemption at the discretion of the Company or the Participating Outlet.

**3.6 Airline Frequent Flyer Programs and Other Affiliated Loyalty Programs.**

3.6.a. Members may redeem Points with participating airline frequent flyer programs and other airline-affiliated loyalty programs at a designated Points to Miles conversion ratio as indicated **here**. If applicable, to achieve a bonus for transferred Points to a frequent-flyer program, or other airline-affiliated loyalty program, Marriott Bonvoy Points must be transferred through a single transaction at the noted threshold for bonus achievement.

3.6.b. Members requesting to convert Points earned through the Marriott Bonvoy Loyalty Program to participating airline partner Miles, must be a member of both Marriott Bonvoy and the relevant participating airline partner frequent flyer program and/or airline-affiliated loyalty program in order to successfully complete the conversion. For most Loyalty Program airline partners, the Points being transferred from a Member's Marriott Bonvoy Account must be transferred to that Member's account held in the same name for the frequent flyer program. In other words, both the Member's Marriott Bonvoy Membership Account name and airline frequent flyer program account name must match in order to successfully complete the Points to Miles conversion. Please refer to each airline partner's loyalty program website and/or terms and conditions for additional details on name matching requirements in order to complete Points to Miles conversions. For details on joining an airline frequent flyer program and/or other airline-affiliated loyalty program, please refer to that particular airline or loyalty program website and terms and conditions. Marriott Bonvoy reserves the right, in its sole discretion, to prevent or cancel transactions where (i) Marriott Bonvoy has reason to believe that the identity of the Member converting the Points to Miles does not match the identity of the person receiving the Miles for airlines which require an exact name match or (ii) where Marriott Bonvoy suspects there has been any fraudulent activity connected with the Points to Miles conversion in relation to the Member's Account.

3.6.c. Once Points have been redeemed for Miles with a participating airline frequent flyer program or other airline-affiliated loyalty program, Miles will automatically be transferred to the Member's frequent flyer or airline-affiliated loyalty program account. In most cases, Miles will be posted to your account within one (1) week.

3.6.d. Once Miles are ordered to a Member's frequent flyer or other airline-affiliated loyalty program account, changes, reissuance and/or re-credit of Points are not allowed.

3.6.e. The terms and conditions of the airline frequent flyer program or other airline-affiliated loyalty program control the redemption and distribution of the Miles earned through the Loyalty Program.

3.6.f. The airline frequent flyer program or other airline-affiliated loyalty program reserves the right to change its program at any time without notice. Any such changes may affect a Member's ability to use the Miles he/she has accumulated. The airline frequent flyer program or other airline-affiliated loyalty program is not responsible for products or services offered by other third parties participating in the Loyalty Program. All terms and conditions of a Member's preferred airline frequent flyer program or other airline-affiliated loyalty program apply.

**3.7 Other Award Redemption Options.**

3.7.a. *Moments.* Members may use Points to redeem or bid on experiences and events with the Marriott Bonvoy Moments program (the "**Moments Program**" or "**Moments**") through the Moments online auction website: **marriottbonvoy.com/moments**↗. The terms and conditions for the Moments Program can be found on its website.

3.7.b. *Marriott Bonvoy Boutiques*. A Member may redeem their Points for merchandise through various brand online retail stores. Marriott Bonvoy Points orders may only be shipped to addresses within the 48 contiguous United States. Points redeemed are subject to the Loyalty Program Rules along with the terms and policies of the online retail stores. More information on Marriott Bonvoy Boutiques can be found **here**↗.

3.7.c. *Donate Points.* A Member may redeem his/her Points toward charitable donations. Once Points are donated, the exchange cannot be reversed or undone. Such donation of Points is not considered a charitable donation by the United States Internal Revenue Service (**"IRS"**), and therefore is not deductible under United States tax rules and regulations. A Member may select the charity of his/her choice by visiting **www.giving.marriott.com**↗. Points redeemed in connection with charitable donations are subject to the Program Rules along with any applicable terms and conditions of the partner processing the donations.

3.7.d. *Marriott Gift Cards*. Members may redeem their Points for Marriott Gift Cards (**"Gift Cards"**), which may be used for stays, as well as at participating retail, spa, golf, food and beverage outlets, and meetings expenses at the Eligible Brands described in the Gift Cards terms and conditions available on the **Gift Cards website**↗ (the **"Gift Card Website"**). Gift Cards

may not be used for deposit, advance purchase or to secure or confirm a reservation. Gift Cards are subject to additional terms and conditions available on the Gift Cards Website.

3.7.e. *Merchandise and Retailer Gift Cards.* A Member may redeem his/her Points for merchandise or retailer gift cards from partners that are affiliated with the Loyalty Program including, without limitation, the companies listed on the Loyalty Program Website under "**USE POINTS / AWARDS.**" Merchandise and retailer gift cards may be issued by the Company or a third-party provider and will be clearly designated as such. Gift cards issued by a third-party provider are subject to additional terms and conditions imposed by the issuer/participating merchant, which will be provided with the gift card. Acceptance of the merchandise or retailer gift cards is the sole responsibility of participating merchants. Points redeemed in connection with these partners are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner. The Loyalty Program, the Company, third-party providers and any other participating merchants are not responsible for replacing lost, stolen or mutilated gift cards. Some merchandise or retailer gift cards require an additional charge for shipping and handling. If applicable, gift cards do not include gratuities. Gift cards will usually arrive within five to seven (5-7) business days.

3.7.f. *Air and Car.* A Member may redeem his/her Points for airline tickets or car rentals from the Loyalty Program's Air + Car partner. More information on the Air + Car program may be obtained **here**↗. Points redeemed in connection with this partner are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner.

3.7.g. *Cruise with Points.* A Member may redeem his/her Points for a cruise certificate which can be applied to the purchase of a cruise booking. More information on the Cruise with Points program may be obtained **here**↗. Points redeemed in connection with this partner are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner. This section does not apply to The Ritz-Carlton Yacht Collection (see 1.2.a for The Ritz-Carlton Yacht Collection).

3.7.h. *Rakuten Points*. A Member may redeem Points for Rakuten points ("Rakuten Points") earned through the Rakuten Points loyalty program ("Rakuten Points Program") at a 3 Points to 1 Rakuten Point conversion ratio through this **website** only. Members may redeem a minimum of 3,000 Points per transaction, up to a maximum of 240,000 Points per day, for Rakuten Points. Members requesting to convert Marriott Bonvoy Points to Rakuten Points must be a member of both the Marriott Bonvoy Loyalty Program and the Rakuten Points Program. Members must provide their Rakuten Points Program account number and Marriott Bonvoy Membership Number when requesting to convert Marriott Bonvoy Points to Rakuten Points. Members may only request to transfer Points from their Marriott Bonvoy Account to their Rakuten Points Program account and may not transfer Points to the Rakuten Points Program account of another individual. Please refer to the **Rakuten website**↗ (in Japanese) for more information on the Rakuten Points Program account number. For details on joining the Rakuten Points Program, please refer to the **Rakuten Points Program website**↗ (in Japanese) and **terms and conditions**↗. Marriott Bonvoy reserves the right, in its sole discretion, to prevent or cancel transactions where (i) Marriott Bonvoy has reason to believe that the identity of the Member converting the Points to Rakuten Points does not match the identity of the person receiving the

Rakuten Points, or (ii) Marriott Bonvoy suspects there has been fraudulent activity connected with the Points to Rakuten Points conversion in relation to the Member's Account. Once Points have been redeemed for Rakuten Points, Rakuten Points will automatically be transferred to the Member's Rakuten Points Program account. In most cases, Rakuten Points will be posted to a Member's Rakuten Points Program account within two (2) weeks. Once Rakuten Points are ordered to a Rakuten Points Program account, changes, reissuance and/or re-credit of Points are not allowed. The terms and conditions of the Rakuten Points Program control the redemption and distribution of Rakuten Points. The Loyalty Program and Rakuten Points Program reserve the right to terminate or change the Points to Rakuten Points conversion program policies, procedures, conditions of participation, benefits, awards and special offers, in whole or in part, at any time, with or without notice. All **terms and conditions**↗ of the Rakuten Points Program apply.

## 4. ELITE MEMBERSHIP

### 4.1 Elite Membership General

4.1.a. Elite membership is an exclusive privilege of Marriott Bonvoy Loyalty Program Membership. All Program Rules apply to Elite membership. The Loyalty Program has the right to terminate the Elite recognition program (the "**Elite Program**" or the "**Elite Membership Program**") at any time by providing advance notice to Members in accordance with section 1.7.d. The Loyalty Program has the right to change, limit, modify or cancel the Program Rules for the Elite Program at any time, with or without notice, pursuant to section 1.7.c. Participating Properties outside the United States may provide alternative services and benefits to the Elite membership benefits set forth in these Program Rules, depending on local law and policy.

4.1.b. Pursuant to section 1.7.a., the Company reserves the right to revoke, cancel or suspend a Member's Elite membership status (including Lifetime Elite Status), any Loyalty Program Membership, Award, and/or any and all unredeemed Points or Miles, or take other action at its discretion, at any time with immediate effect and without written notice if the Company believes the Member has (a) violated any of the Program Rules, (b) failed to pay any bills or accounts due to the Company or a Participating Property or any ownership related fees owed to Marriott Vacation Club properties, Marriott Grand Residence Club, Sheraton Vacation Club, or Westin Vacation Club properties, or The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, (c) acted in a manner inconsistent with applicable law, regulations or ordinances, (d) engaged in any misconduct or wrongdoing in connection with the Marriott Bonvoy Loyalty Program, including without limitation, involving Point credit, Mile credit, Award use, or Member benefits, or (e) engaged in abusive, fraudulent, inappropriate, or hostile conduct in connection with the Marriott Bonvoy Loyalty Program, the Participating Properties or their guests or employees, or the Company or its employees. Nothing in these Program Rules will limit Company from exercising any legal rights or remedies that it may have.

4.1.c. Benefits of Elite membership apply to stays on Qualifying Rates (as described in Section 2.1.e.) and are reserved for Members only and apply solely to the one guest room in which the Elite Member stays. Only one Member per guest room can earn Points/Miles and Elite Night

Credit, as well as receive benefits as described in Section 2.1.d.(iv). Elite Members receive one set of benefits according to their membership tier on Stays of one or more consecutive nights as described in 2.1.d, even if they check in and check out of the same Participating Property within 24 hours. In order for an Elite Member to be eligible to receive Elite benefits during his/her stay, the Elite Member must provide his/her Loyalty Program Membership Number when making a reservation

Elite Members will receive Elite membership benefits including, without limitation: bonus Points, priority late checkout and room upgrades. Benefits vary by Elite membership tier. More information can be found in section 4.3.

i. The awarding of Loyalty Program Elite membership benefits is void where prohibited by law and may vary outside the United States and Canada.

ii. Local policy may prevail over Loyalty Program standards at Participating Properties, and some Elite membership benefits may not be available at some locations.

iii. Pursuant to Section 8.3, the only Elite Member benefit provided for stays at Homes & Villas by Marriott Bonvoy is the Elite Welcome Gift of Points as described in 4.3.b.(ii) and 4.3.c.(iii).

4.1.d. Members with Elite Status ("**Elite Member**") will receive guaranteed compensation for select Elite benefits in the event those benefits are not available during an Elite Member's stay ("**Elite Benefits Guarantee**"). Due to the global pandemic, participating hotels may offer a food and beverage or lounge alternative for the benefit based on local guidelines or the hotel's operational impacts related to COVID-19.

i. The maximum Elite Benefits Guarantee cash compensation in the United States is $200 U.S. dollars, even if more than one guaranteed benefit is not delivered to the Elite Member. The maximum Elite Benefits Guarantee compensation paid to an Elite Member during a stay outside the United States will be the equivalent of $200 U.S. dollars paid in local currency, even if more than one guaranteed benefit is not delivered to the Elite Member.

ii. If an Elite Member believes that compensation is due with respect to any aspect of the Elite Benefits Guarantee, he/she must request payment of the compensation while still a guest at the Participating Property, prior to checking out. Failure to request such payment prior to check out will result in a complete waiver of any right to receive such compensation.

iii. In order to qualify for the Elite Benefits Guarantee, the Elite Member's Membership Number, Elite membership status, and bed type preferences must be included with the reservation. Reservations booked on Qualifying Rates made through meeting planners, travel agents, wholesalers or other approved third-party sources must include this information in order to be eligible for the Elite Benefits Guarantee.

iv. Guests accompanying Elite Members to a Participating Property are not eligible for the Elite Benefits Guarantee.

v. The Elite Benefits Guarantee applies to all Qualifying Stays, including Award Redemption Stays.

vi. Elite Members who do not receive their Elite Benefits Guarantee or Ultimate Reservation Guarantee (see section 4.3.a. for Ultimate Reservation Guarantee information) in Russia, any other country subject to currency restrictions or any country prohibited by law from compensating the Member in the form of a cash payment will be compensated with Points.

vii. The following Participating Brands do not participate in the Elite Benefits Guarantee or the Ultimate Reservation Guarantee: Homes & Villas by Marriott Bonvoy.

**4.2 Elite Membership Requirements**

4.2.a. Only nights on a Qualifying Stay personally stayed by and individually billed to a Member at Participating Properties are credited toward the Elite Member's Elite Membership achievement and renewal thereof.

i. Pursuant to Section 2.1.a., one Elite Night Credit will be awarded to the Elite Member room for each Qualifying Night stayed.

ii. At Protea Hotels, City Express, and Four Points Express, Members will be awarded one (1) Elite Night Credit for every two (2) Qualifying Nights for each Qualifying Stay completed.

iii. At Marriott Executive Apartments, Members will be awarded one (1) Elite Night Credit for every three (3) Qualifying Nights for each Qualifying Stay completed. Elite benefits are not available at Marriott Executive Apartments locations.

iv. Members who hold Qualifying Events at Participating Properties receive one (1) Elite Night Credit for every twenty (20) room nights booked and actualized, up to a maximum of twenty (20) Elite Night Credits per contract.

v. Elite Status may be earned through various Partner Programs and is subject to the terms and conditions of the Partner Program as well as the Loyalty Program Rules.

vi. Members staying at The Ritz-Carlton Club locations under their ownership benefit receive Elite Night Credit pursuant to 1.2.a.

4.2.b. To achieve or renew Elite membership status, the following number of Elite Night Credits ("**Minimum Requirement**") must be earned through (i) nights stayed at Participating Properties or (ii) Marriott Bonvoy Events between January 1 and December 31 of any given year:

i. Marriott Bonvoy - Silver Elite: 10 to 24 Qualifying Nights

ii. Marriott Bonvoy - Gold Elite: 25 to 49 Qualifying Nights

iii. Marriott Bonvoy - Platinum Elite: 50 to 74 Qualifying Nights

iv. Marriott Bonvoy - Titanium Elite: 75 Qualifying Nights and higher

v. Marriott Bonvoy - Ambassador Elite: 100 or more Qualifying Nights and at least $23,000 US Dollars in annual qualifying spend based on Qualifying Charges earned only on completed Stays in a Qualifying Period (as defined below), which does not include Qualifying Charges made in advance for Stays in the year(s) following the Qualifying Period such as for pre-paid stays ("Annual Qualifying Spend"). Unless otherwise stated, no other types of charges apply towards the Annual Qualifying Spend – including, without limitation, on-property charges earned without a Stay, Marriott Bonvoy Events, Co-brand credit card spend, Marriott Gift Card purchases, and any other purchases and/or charges incurred through the Company and its partners.

4.2.c. Award Redemption Stays will count toward Elite Night Credit.

4.2.d. Qualifying Charges without a personal overnight stay will not earn Elite Night Credit toward Elite membership.

4.2.e. Earning Lifetime Elite Status

i. In order to obtain Lifetime Elite Status, a Member must meet the below Lifetime Elite Status Criteria (4.2.f.) during the Member's participation in the Loyalty Program. An "**Eligible Status Year**" is a calendar year during which a Member obtained Elite membership status (Silver Elite, Gold Elite, Platinum Elite, Titanium Elite, or Ambassador Elite) by achieving the Silver Elite, Gold Elite, Platinum Elite, Titanium Elite, or Ambassador Elite Minimum Requirement. The calendar year in which a Member achieves Silver Elite, Gold Elite, Platinum Elite, Titanium Elite, or Ambassador Elite Status, as described in the prior sentence, will count as an Eligible Status Year, in addition to each subsequent year that such Member retains the benefits of Elite membership Status. For example, if a Member meets the Gold Elite Minimum Requirement during the 2023 Eligible Status Year by earning twenty-five (25) Eligible Nights and becomes a Gold Elite Member for the remainder of 2023 and for all of 2024, 2023 and 2024 will each count as separate Eligible Status Years.

ii. The Company will determine, in its sole discretion, whether or not a Member has met the requirements to achieve Lifetime Elite Status. Once a Member achieves Lifetime Elite Status as described in 4.2.b, the Member is not subject to meeting the Elite Tier's Minimum Requirement in any subsequent Eligible Status Year in order to remain an Elite Member unless the Elite Member's Account was cancelled.

iii. Lifetime Elite Status only provides a Member with Silver Elite, Gold Elite, Platinum Elite, or Titanium Elite status and protection against the forfeiture of Points even if the Lifetime Elite Member is inactive. It does not prevent the Company from suspending Lifetime Elite Status or cancelling a Member's Account. Lifetime Elite Members will receive the benefits of Silver Elite, Gold Elite, Platinum Elite, or Titanium Elite Members, which are subject to change from time to time as described in section 4.1.

4.2.f. Lifetime Elite Status Criteria. Members can earn Lifetime Elite Status through the following criteria:

i. Loyalty Program Lifetime Elite Status Criteria:

• Lifetime Silver Elite: 250 Qualifying Nights + 5 Years as Silver Elite or higher

• Lifetime Gold Elite: 400 Qualifying Nights + 7 Years as Gold Elite or higher

• Lifetime Platinum Elite: 600 Qualifying Nights + 10 Years as Platinum Elite or higher

ii. Achievement of Lifetime Titanium Elite status (formerly achieved through Legacy Program Lifetime Elite Status Criteria) ended on December 31, 2018.

**4.3 Elite Membership Benefits at Participating Brands**

4.3.a. **Marriott Bonvoy Silver Elite Membership Benefits**. Silver Elite Members and above are eligible to receive the following benefits:

i. *10% Bonus Points*. Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay. Available to Elite Members at all Participating Brands except as otherwise noted in Section 1.2.a.

ii. *Priority Late Checkout*. Based on availability. Please call the front desk the morning of checkout and let them know your planned departure time. Available at all Participating Brands except Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, and Ritz-Carlton Reserve.

iii. *Ultimate Reservation Guarantee*. To be eligible, Member's Loyalty Program Member Number and a valid credit card number must be included with the reservation. If a Participating Property is unable to honor the reservation, it will pay for comparable accommodation nearby for the Elite Member that night and compensate the Member for the inconvenience. A Participating Property must be open and operational for the Ultimate Reservation Guarantee benefit/compensation to apply. At The Ritz-Carlton, Ritz-Carlton Reserve, and St. Regis Hotels, the Ultimate Reservation Guarantee only applies to Titanium Elite and Ambassador Elite Members. The Ultimate Reservation Guarantee is offered at the following brands: The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis, EDITION, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection Hotels, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield by Marriott, AC Hotels, Aloft Hotels, Moxy Hotels, City Express, Four Points Express, Residence Inn, TownePlace Suites and Element. The Ultimate Reservation Guarantee is not offered at the following brands: Design Hotels, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, or The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale. Pursuant to section 4.1.c. if an Elite Member has a confirmed reservation, but is

relocated from the property upon arrival, the Participating Property will pay the Ultimate Reservation Guarantee compensation in place on that date under the Program Rules. If an Elite Member receives Ultimate Reservation Guarantee compensation, then he/she is not eligible to receive additional Elite Benefits Guarantee compensation.

| ULTIMATE RESERVATION GUARANTEE | |
| --- | --- |
| **Participating Brands** | **Guest Compensations*** |
| EDITION, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels | U.S. $200 and 90,000 Points for all Elite Members |
| Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy, Residence Inn, TownePlace Suites, Element | U.S. $100 for all Elite Members except for Platinum Elite, Titanium Elite and Ambassador Elite Members who receive U.S. $100 and 90,000 Points |
| City Express, Four Points Express | U.S. $50 for all Elite Members except for Platinum Elite, Titanium Elite and Ambassador Elite Members who receive U.S. $50 and 45,000 Points |
| The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis | U.S. $200 and 140,000 Points for Titanium Elite and Ambassador Elite Members |

* Participating Properties outside the United States will pay the equivalent in their local currency.

iv. *Gift Shop Discount of 10% on retail merchandise*. Clothing, gifts & souvenirs, imprints & logo, jewelry & accessories, facial & body care products. The Gift Shop Discount is extended at participating Marriott-operated gift shops. Participating Brands include: St. Regis, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Tribute Portfolio, Gaylord Hotels, Protea Hotels and Moxy Hotels. At The Ritz-Carlton and EDITION hotels, there is a ten percent (10%) discount on branded merchandise only, excluding sundries, purchased at Gift Shops on property. A Membership Account card (physical card or mobile card) must be presented to obtain the discount.

The Gift Shop Discount is not offered at the following brands: Courtyard, Four Points, SpringHill Suites, Fairfield, AC Hotels, Aloft, City Express, Four Points Express, Residence Inn, TownePlace Suites, Element, Apartments by Marriott Bonvoy, Design Hotels™, and Ritz-Carlton Reserve.

4.3.b. **Marriott Bonvoy Gold Elite Membership Benefits**. In addition to all of the benefits Silver Elite Members receive, Gold Elite Members and above are eligible to receive the following benefits:

i. *25% Bonus Points*. Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay. Available to Elite Members at all Participating Brands except as otherwise noted in Section 1.2.a.

ii. *Elite Welcome Gift of Points (varies by Participating Brand).* Gold Elite Members receive one Elite Welcome Gift of Points on a Stay of one or more consecutive nights as described in 2.1.d, even if they check in and check out of the same Participating Property within 24 hours. Members who designate their earning preference as Miles will need to initiate the transfer of Elite Welcome Gift of Points to Miles as described in section 2.3. City Express does not offer Elite Welcome Gift of Points.

| ELITE WELCOME GIFT OF POINTS FOR GOLD ELITE | |
| --- | --- |
| **Participating Brands** | **Elite Welcome Gift** |
| The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis, EDITION, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, Delta Hotels, Le Méridien, Westin, Autograph Collection, Design Hotels, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels, Homes & Villas by Marriott Bonvoy. | 500 Points per Stay |
| Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy, Four Points Express, Residence Inn, TownePlace Suites, Element | 250 Points per Stay |

iii. *2 p.m. Late Checkout*. This benefit is based on availability. Member should call the front desk the morning of checkout and request a late checkout up until 2 p.m. This benefit is available at all Participating Brands except at Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, and Ritz-Carlton Reserve.

iv. *Complimentary Enhanced Room Upgrade for Gold Elite Members*. This benefit is subject to availability upon arrival and is limited to a Member's personal guestroom at no additional charge. Enhanced rooms may include rooms with desirable views, rooms on high floors, corner rooms, rooms with special amenities, rooms on Executive Floors. At The Ritz-Carlton, rooms with direct Club access are excluded. Upgrades are subject to availability and identified by each Participating Property. The Complimentary Enhanced Room Upgrade for Gold Elite Members is available at all Participating Brands except Marriott Vacation Club, Marriott Grand Residence

Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, and Ritz-Carlton Reserve.

v. *Complimentary Enhanced Internet Access*. Unless otherwise noted in Section 1.3.c., Gold Elite Members and above receive complimentary enhanced internet access for one guest room during a Stay at a Participating Property. This benefit is not applicable for meeting rooms.

4.3.c. **Marriott Bonvoy Platinum Elite Membership Benefits**. In addition to all of the benefits Gold Elite Members receive, Platinum Elite Members and above are eligible to receive the following benefits:

i. *50% Bonus Points*. Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay. Available to Elite Members at all Participating Brands except as otherwise noted in Section 1.2.a.

ii. *Complimentary Enhanced Room Upgrade for Platinum Elite Members*. Platinum Elite Members and above receive a complimentary upgrade to the best available room, subject to availability upon arrival, for the entire length of stay. Complimentary upgrade includes suites, rooms with desirable views, rooms on high floors, corner rooms, rooms with special amenities or rooms on Executive Floors. At The Ritz-Carlton, suites are only included for Titanium Elite and Ambassador Elite Members and rooms with direct Club access are excluded. Enhanced Room Upgrades are subject to availability and are identified by each Participating Property. The Complimentary Enhanced Room Upgrade for Platinum Elite Members and above is available at all Participating Brands except at Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, and Ritz-Carlton Reserve.

iii. *Elite Welcome Gift*. Platinum Elite Members and above receive one Elite Welcome Gift (of their choice where multiple options are offered) on a Stay of one or more consecutive nights as described in 2.1.d, even if they check in and check out of the same Participating Property within 24 hours. The Elite Welcome Gift for Platinum Elite Members and above does not include the Elite Welcome Gift of Points which is for Gold Elite only (see 4.3.b). Members who select or receive Points as their Elite Welcome Gift and have designated their earning preference as Miles will need to initiate the transfer of Elite Welcome Gift of Points to Miles as described in section 2.3. If the Elite Welcome Gift is not offered at time of arrival, compensation applies (see below). City Express does not offer Elite Welcome Gift for Platinum Elite Members and above except at City Centro locations. Choices vary by Participating Brand:

| ELITE WELCOME GIFT FOR PLATINUM ELITE MEMBERS AND ABOVE | | |
| --- | --- | --- |
| Participating Brands | Elite Welcome Gift | Guest Compensation* |
| JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels | United States, Canada, Europe: 1,000 Points per Stay or U.S. $10 | U.S. $100 |

| | | |
|---|---|---|
| | food and beverage ("F&B") credit per Stay<br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, Middle East, and Africa: 1,000 Points per Stay or F&B amenity per Stay<br><u>RESORTS only:</u><br>United States, Canada, Europe: 1,000 Points per Stay or breakfast in restaurant per night of Stay for Member +1<br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, Middle East, and Africa: 1,000 Points per Stay or F&B amenity per Stay or breakfast in restaurant per night of Stay for Member +1 | |
| Gaylord Hotels | 1,000 Points per Stay or U.S. $10 F&B credit per Stay | U.S. $100 |
| St. Regis, The Luxury Collection, W Hotels, Sheraton, Le Méridien, Westin, Tribute Portfolio | 1,000 Points per Stay or amenity per Stay or breakfast in restaurant per night of Stay for Member +1 (including Resorts) | U.S. $100 |
| The Ritz-Carlton, Ritz-Carlton Reserve, EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, Design Hotels™, Apartments by Marriott Bonvoy, Homes & Villas by Marriott Bonvoy. | 1,000 Points per Stay | N/A |
| Courtyard | United States, Canada, Europe: 500 Points per Stay or U.S. $10 F&B credit per night of Stay for Member +1**<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, the Middle East, and Africa: Properties without lounge - 500 Points per Stay or F&B amenity per Stay or U.S. $10 F&B credit per night of Stay for Member +1** | U.S. $50 |

|  | Properties with lounge - 500 Points per Stay and breakfast in lounge - if lounge is closed, breakfast in restaurant per night of Stay for Member +1 |  |
|---|---|---|
| AC Hotels, Moxy Hotels | United States, Canada, Europe: 500 Points per Stay or U.S. $10 F&B credit per night of Stay for Member +1**<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, the Middle East, and Africa: 500 Points per Stay or F&B amenity per Stay or U.S. $10 F&B credit per night of Stay for Member +1** | AC Hotels: U.S. $50<br><br>Moxy Hotels: U.S. $25 |
| SpringHill Suites, Fairfield, Residence Inn, TownePlace Suites | 500 Points per Stay or F&B amenity per Stay | SpringHill Suites, Residence Inn: U.S. $50<br><br>Fairfield, TownePlace Suites: U.S. $25 |
| Four Points, Aloft | 500 Points per Stay or F&B amenity per Stay or breakfast in restaurant per night of Stay for Member +1 | Four Points: U.S. $50<br><br>Aloft: U.S. $25 |
| Protea Hotels, Four Points Express | 500 Points per Stay or breakfast in restaurant per night of Stay for Member +1 | Protea: U.S. $50<br><br>Four Points Express: U.S. $25 |
| City Express – City Centro locations | Breakfast in restaurant per night of Stay for Member +1 | U.S. $25 |
| Element | 500 Points per Stay or F&B amenity per Stay | U.S. $25 |

*Participating Properties outside the United States will pay the equivalent in their local currency.

** The U.S. $10 F&B credit per night of Stay is for the Member. An additional U.S. $10 F&B

credit per night of Stay is given for one (1) guest staying in the same guestroom as the Member. The U.S. $10 credit per night of Stay does not accrue during the stay. For example, a Member who does not use the $10 credit on one day does not get $20 to use the following day.

iv. *Guaranteed Lounge Access.* The Member plus one guest staying in the same room receives access to the Concierge/Executive/Club/Signature Club/M Club lounge (collectively, "Lounge" or "Lounge Access") during normal hours of operations at JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, and Renaissance Hotels. Resort properties excluded at JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, and Renaissance Hotels. At Delta Hotels properties without a Signature Club Lounge, as the approved alternative the Member will receive access to the Elite Pantry. Lounge Access is offered at Courtyard properties with a Lounge outside the United States and Canada. This benefit is not applicable when breakfast is included in the rate or the brand offers an approved alternative. Additional charges may apply for Lounge Access where the guest count is greater than the Member plus one allowance (including children). Lounge amenities may include light snacks and daily continental breakfast. Lounge Access is not offered at the following brands: The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis, EDITION, The Luxury Collection, W Hotels, Design Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy Hotels, City Express, Four Points Express, Residence Inn, TownePlace Suites, Element, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, and at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale. This benefit only applies to the one (1) guest room in which the Platinum Elite Member is staying.

A. **In the United States and Canada**: When a Participating Property's Lounge is closed, or property does not have a Lounge or approved alternative, the property will offer a daily continental breakfast in the restaurant for the Member plus one (1) guest, or Member can choose 750 Points per night of Stay. In Europe: Participating Properties without a Lounge or approved alternative offer daily breakfast in restaurant for Member plus one (1) guest, or Member can choose 750 Points per night of Stay. This benefit applies to the following brands (resort properties excluded): JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, and Renaissance Hotels. This benefit is not applicable when breakfast is included in the rate or the brand offers an approved alternative as described above. Through June 30, 2024, the following properties in the United States do not provide free continental breakfast in the hotel restaurant in the event the Lounge is closed but do offer 1,000 Points in lieu of breakfast. These properties include:

• The Algonquin Hotel Times Square, Autograph Collection
• Boston Marriott Copley Place
• Boston Marriott Long Wharf
• Chicago Marriott Downtown Magnificent Mile
• JW Marriott Essex House New York City
• JW Marriott New Orleans
• JW Marriott San Francisco Union Square
• JW Marriott Washington, DC
• The Lexington Hotel, Autograph Collection

• Monterey Marriott
• New York Marriott Marquis®
• Philadelphia Marriott Downtown
• Renaissance Boston Waterfront Hotel
• Renaissance Chicago Downtown Hotel
• Renaissance Los Angeles Airport Hotel
• Renaissance New York Midtown Hotel
• Renaissance New York Times Square Hotel
• Marriott Marquis San Diego Marina

B. Outside United States and Canada at Courtyard properties with a Lounge, breakfast is offered in the restaurant when the Lounge is closed.

C. Pursuant to section 4.1.c., if Lounge Access (or alternatives or exceptions as outlined above) is not available, Platinum Elite Members will be compensated $100 U.S. dollars for the inconvenience. Participating Properties outside the United States will pay the equivalent in local currency. This guarantee is offered at the following brands: JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection Hotels and Renaissance Hotels.

**GUARANTEED LOUNGE ACCESS**

| Participating Brands | Lounge Offer | Guest Compensation* |
|---|---|---|
| JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels (Resorts excluded) | United States and Canada: If Lounge is closed or property does not have a Lounge or approved alternative, property to offer daily continental breakfast in restaurant for Member +1 or Member can choose 750 Points per night of Stay<br><br>Europe: Properties without a Lounge or approved alternative offer daily breakfast in restaurant for Member +1 or Member can choose 750 Points per night of Stay | Globally: U.S. $100 If no continental breakfast or continental breakfast alternative was offered to Member |
| Courtyard (Outside the United States and Canada with Lounge) | If Lounge is closed, Participating Property to offer breakfast in restaurant | N/A |
| Sheraton, Le Méridien, Westin (Resorts included) | No alternative offered when Lounge is closed | N/A |

*Participating Properties outside the United States will pay the equivalent in their local currency.

v. *4 p.m. Late Checkout*. Platinum Elite Members and above may check out as late as 4 p.m. local time of the Participating Property. Members can request late checkout when making a reservation through central reservations, at check-in, via the mobile app (where available) or at any time during their stay. At Apartments by Marriott Bonvoy, Platinum Elite Members and above are guaranteed a late checkout up until 2 p.m. local time and may request to check out as late as 4 p.m. local time based upon availability. This benefit is guaranteed at all Participating Properties, except at resort and convention hotels and Design Hotels, where it is based upon availability. Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, and Ritz-Carlton Reserve are excluded from this benefit.

vi. 50-Night Annual Choice Benefit. Eligible Members (Platinum Elite Members and above) who have achieved fifty (50) Elite Night Credits in a calendar year ("Qualifying Period") are eligible to receive one (1) benefit (a "50-Night Annual Choice Benefit") from the list of available benefits on **choice-benefit.marriott.com**↗ and shown below:

| **Platinum Elite 50-Night Annual Choice Benefit Options:** |
| --- |
| Five (5) Suite Night Awards |
| US$1,000 Bed Discount from Marriott Retail Brand |
| US$100 Charity Donation |
| The gift of Silver Elite status to a friend or family member |
| Five (5) Elite Night Credits |

The list of 50-Night Annual Choice Benefits on **choice-benefit.marriott.com**↗ is subject to change at any time. Eligible Members are required to make their Annual Choice Benefit selection on **choice-benefit.marriott.com**↗ by 11:59 p.m. Eastern US Time on January 7th of the year following the applicable Qualifying Period. The Annual Choice Benefit selection may not be made through Member Support. All 50-Night Annual Choice Benefit selections are final and may not be changed after they are made. In the event that an eligible Member fails to select a 50-Night Annual Choice Benefit by the deadline of 11:59 p.m. Eastern US Time on January 7th of the year following the applicable Qualifying Period, the Member will receive five (5) Suite Night Awards™ benefit ("**Suite Night Awards**," individually "**Suite Night Award**") as the 50-Night Annual Choice Benefit.

A. *Suite Night Awards*. **PLEASE NOTE:** Beginning in early 2024, Suite Night Awards will be known as Nightly Upgrade Awards. Suite Night Awards may be redeemed for advance confirmable upgrades for select Premium Rooms or suites on a per room, per night basis, subject to availability and the applicable terms and conditions set forth below for Suite Night Awards:

(1) Suite Night Awards expire on December 31 of the year following the year in which they were earned. For example, if 50 or 75 Qualifying Nights are achieved in 2023 and five (5) Suite Night

Awards are selected as the Member's Annual Choice Benefit, the five (5) Suite Night Awards will have an expiration date of December 31, 2024.

(2) Suite Night Awards may be used only on Loyalty Program eligible paid stays as well as Award Redemption Stays.

(3) A Member may request to use their Suite Night Awards on Marriott Websites or by calling Member Support.

(4) Suite Night Awards may only be used for Premium Rooms and suites as designated by the Participating Property. Some room types may not be available for use with Suite Night Awards.

(5) Suite Night Award use is based upon availability of the requested suite or Premium Room. Checking for availability begins five (5) days before arrival. If availability is not confirmed five (5) days before arrival, availability is checked each day before arrival up to 2 p.m. local time of the Participating Property one (1) day prior to arrival. If at that time Suite Night Awards cannot be confirmed, the Suite Night Awards are credited back to the Member's account if they have not expired. Beginning in early 2024, checking for availability will begin three (3) days before arrival, and if not confirmed at that time, availability will continue to be checked each day until 2.p.m. local time of the Participating Property one (1) day prior to arrival.

(6) Suite Night Awards may be used only when there are enough in the Member's Account so that one (1) is applied to every night of the reservation. One Suite Night Award is required per room per night.

(7) Suite Night Awards are required for each night of the stay including any nights that may be designated "free".

(8) Suite Night Awards may not be transferred or given as a gift or used as part of a multiple room reservation; however, a Member may use Suite Night Awards for additional single-room reservations during a stay as long as the Member is present for the stay and the other reservations are under the Member's name.

(9) Members who book separate reservations for consecutive nights that precede or follow a reservation that has confirmed Suite Night Awards will be required to change rooms to the confirmed room type on any night(s) where a Suite Night Award is not used.

(10) If a Participating Property offers multiple room options for a Suite Night Award, once the suite or premium room option(s) is selected, the selection may be changed until 2 p.m. local time of the Participating Property one (1) day prior to arrival so long as the Suite Night Award is unconfirmed.

(11) Suite Night Awards have requesting, booking, cancellation, and modification policies that are in addition to – but completely separate from – the booking, cancellation, and modification policies for the reservations on which they are used.

(a) Requests to use Suite Night Awards on a reservation may be made up to 2 p.m. local time of the Participating Property one (1) day prior to arrival.

(b) Requests to withdraw the use of unconfirmed Suite Night Awards may be made up to 2 p.m. local time of the Participating Property one (1) day prior to arrival.

(c) Confirmed Suite Night Awards may be canceled up to 2 p.m. local time of the Participating Property one (1) day prior to arrival only if the entire reservation is canceled.

(d) Once Suite Night Awards have been confirmed, the Member must cancel the entire reservation to receive credit back for all Suite Night Awards. Cancellation of a confirmed Suite Night Award reservation after 2 p.m. local time of the Participating Property one (1) day prior to arrival will result in the forfeiture of all Suite Night Awards applied to the entire reservation.

(e) Suite Night Awards cannot be applied to a reservation once the reservation has been checked-in to a Participating Property.

(f) If a Member departs a reservation early, any unused Suite Night Awards confirmed for the stay will be forfeited.

(g) If a Member wishes to extend their stay and has enough Suite Night Award(s) to cover the extension, the Member must book a separate reservation for the additional nights and request to use Suite Night Awards on Marriott Websites or by calling Member Support; the Suite Night Award request cannot be processed at the Participating Property. Suite Night Award use is based on availability of the requested suite or premium room. Checking for availability begins five (5) days before the start of the separate reservation, and up to 2 p.m. local time of the Participating Property one (1) day prior to the start of the separate reservation. Beginning in early 2024, checking for availability will begin three (3) days before arrival, and if not confirmed at that time, availability will continue to be checked each day until 2.p.m. local time of the Participating Property one (1) day prior to arrival. Members who book separate reservations for consecutive nights that precede or follow a reservation that has confirmed Suite Night Awards may be required to change rooms.

(12) Not all Participating Properties participate in Suite Night Awards. Suite Night Awards are not redeemable at the following brands: The Ritz-Carlton, Ritz-Carlton Reserve, The Ritz-Carlton Club, The Ritz-Carlton Residences, EDITION, Protea Hotels, Aloft, Element, Design Hotels, all-Suite Hotels, Marriott Executive Apartments, All-Inclusive Resorts, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, and at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale. In addition, Suite Night Awards are not redeemable at select Participating Properties. Contact Member Support for individual Participating Property Suite Night Award participation. Starting in early 2024, The Ritz-Carlton, EDITION, Protea Hotels, Aloft, and Element brands, as well as all-Suite hotels will participate in Suite Night Awards.

(13) Suite Night Awards will be placed in the Member Account within 48 hours of when a Member selects an Annual Choice Benefit of five (5) Suite Night Awards.

B. *US$1,000 Bed Discount from Marriott Retail Brands.*

(1) Upon the eligible Member's selection of the US$1,000 (or currency equivalent where offered) discount on a bed from a Marriott retail brand as the Annual Choice Benefit, the Member will receive a promotional code that can be redeemed for US$1,000 off the full retail value valid on any of these mattresses and box springs:

- **The EDITION Bed**↗
- **The Ritz-Carlton Bed**↗
- **The Luxury Collection Bed**↗
- **The St. Regis Bed**↗
- **The W Hotels Bed**↗
- **The JW Marriott Bed**↗
- **The Marriott Bed**↗
- **The Sheraton Bed**↗
- **The Westin Heavenly® Bed**↗
- **The Le Meridien Bed**↗
- **The Renaissance Bed**↗
- **The Gaylord Hotels Bed**↗
- **The Courtyard Bed**↗
- **The Four Points Bed**↗
- **The Fairfield Bed**↗

(2) The US$1,000 discount promotional code is nonrefundable and nontransferable.

(3) The promotional code cannot be duplicated or sold and there is no cash value. In the event the Loyalty Program suspects the use or redemption of the promotional code was in error, fraudulent, illegal or in violation of these US$1,000 discount terms and conditions or the Program Rules, the Loyalty Program reserves the right to withhold or deduct the promotional code or corresponding credit. The promotional code may be terminated or modified at any time and without any liability to the Loyalty Program. The promotional code will be used for its intended and lawful purpose and pursuant to the Program Rules. The promotional code is void where prohibited by law. The promotional code is for a single purchase only.

(4) The US$1,000 discount promotional code is not combinable with other offers. The US$1,000 discount promotional code is for a single use and is nontransferable. Only the eligible Member who elected to receive the US$1,000 discount on a bed from a Marriott retail brand as the Annual Choice Benefit will be able to redeem the promotional code.

(5) To redeem the US$1,000 discount promotional code from any of the Marriott retail brands listed above, call one of the numbers below, based on your country of residence. Have the promotional code and the eligible Membership Account Number ready.
• In the United States, call +1 (800) 311-0708, Monday through Friday between 9 a.m. and 10 p.m. ET, and Saturday and Sunday between 9 a.m. and 4 p.m. ET.

• In Europe, Middle East, Africa, call +33 1 41 51 51 53, Monday through Friday between 9 a.m. and 7 p.m. CET.
• In Asia (outside mainland China), Australia, Pacific Islands, call +86 21666 08330, Monday through Friday between 9 a.m. and 6 p.m. CST;
• In mainland China, call +86 40 0627 6876, Monday through Friday between 9 a.m. and 6 p.m. CST.

(6) Prior to shipping the applicable merchandise, the Company reserves the right to verify that the person who redeems the US$1,000 discount promotional code is the Member who earned the Annual Choice Benefit.

(7) Shipping is not included and varies by region. Bed frames are not included and are not subject to the US$1,000 discount promotional code.

(8) The Marriott retail brands mattress and box spring US$1,000 discount promotional code is valid through December 31 of the year following the year in which the Annual Choice Benefit was earned. For example, an eligible Member who qualifies for an Annual Choice Benefit in 2023 and selects the US$1,000 discount promotional code in 2024 before the January 7 deadline will have until December 31, 2024, to make a purchase.

C. *US$100 Charity Donation*. An eligible Member (Platinum Elite or above) who has achieved fifty (50) Elite Night Credits annually and an eligible Member (Titanium Elite or above) who has achieved seventy-five (75) Elite Night Credits annually may select the US$100 charity donation as their Annual Choice Benefit and choose from one of the following options:

(1) US$100 Donation to the Arne M. Sorenson Hospitality Fund - The US$100 donation from the Marriott Bonvoy® Loyalty Program to the U.S. Fund for the Arne M. Sorenson Hospitality Fund is not a tax-deductible contribution for qualifying Marriott Bonvoy Elite Members who choose this donation as their Annual Choice Benefit. The Loyalty Program cannot direct or otherwise guarantee how the Arne M. Sorenson Hospitality Fund will spend the US$100 donation. All funds are transferred from the Loyalty Program to the U.S. Fund for the **Arne M. Sorenson Hospitality Fund**↗.

(2) US$100 Donation to UNICEF, d/b/a 'UNICEF USA' - The US$100 donation from the Marriott Bonvoy® Loyalty Program to the U.S. Fund for UNICEF, d/b/a 'UNICEF USA' is not a tax-deductible contribution for qualifying Marriott Bonvoy Elite Members who choose this donation as their Annual Choice Benefit. The Loyalty Program cannot direct or otherwise guarantee how UNICEF USA or UNICEF will spend the US$100 donation. All funds are transferred from the Loyalty Program to the U.S. Fund for **UNICEF**↗. UNICEF does not endorse any company, brand, product or service.

(3) US$100 Donation to World Wildlife Fund, Inc. - The US$100 donation from the Marriott Bonvoy® Loyalty Program to World Wildlife Fund, Inc. is not a tax-deductible contribution for qualifying Marriott Bonvoy Elite Members who choose this donation as their Annual Choice Benefit. The Loyalty Program cannot direct or otherwise guarantee how World Wildlife Fund will spend the US$100 donation. All funds are transferred from the Loyalty Program to

the **World Wildlife Fund**↗. World Wildlife Fund name and emblem are used with its permission, which in no way constitutes an endorsement, express or implied, of any product, service, company, opinion or political position. WWF® and ©1986 Panda Symbol are owned by WWF. All rights reserved.

D. *Gift Elite Status.*

(1) An eligible Member (Platinum Elite or above) who has achieved fifty (50) Elite Night Credits annually may gift Silver Elite status and an eligible Member (Titanium Elite or above) who has achieved seventy-five (75) Elite Night Credits annually may gift Gold Elite status (see Section 4.3.d.(iii)).

(2) The Annual Choice Benefit of gifting Elite status may only be provided to a Member who has not yet achieved Elite membership status within the current Eligible Status Year, as defined in Section 4.2.e.

(3) The Account status of the Member to whom an Elite status benefit is gifted will be upgraded within forty-eight (48) hours of receipt of the confirmation of the recipient's selection. Such Member will hold Elite membership for a minimum of a full calendar year. For example, if a Member is given the Silver Elite status benefit before the January 7, 2024, deadline, the Member will become a Silver Elite member for the remainder of 2023 (depending on the date of the Annual Choice Benefit selection), all of 2024, and January and February of 2025.

(4) The Minimum Requirement for the gifted Elite status must be achieved in the subsequent Eligible Calendar Year (2024 in the example above) to retain the gifted Elite status during the calendar year following (2025 in the example above). If the Member does not achieve the status, the Member will be downgraded to the  appropriate level in March of the calendar year following such subsequent Eligible Status Year (2025 in the example above).

(5) Under no circumstances will the Loyalty Program provide Membership details or personal Member information of any Members to the Member providing the gifted status benefit or the recipient of the gifted status benefit in order to facilitate the gifted status benefit.

(6) If the desired recipient of the gifted status benefit is not currently a Member, the desired recipient must register on **marriottbonvoy.com/join** before the gifted status benefit can be provided.

E. *Five Elite Night Credits.*

(1) Upon an eligible Member selecting the Five Elite Night Credits as the Annual Choice Benefit, the five (5) Elite Night Credits will be credited to their Member Account; these Elite Night Credits count toward earning Elite status and Lifetime Elite status. Elite Night Credits and Elite status are subject to the Program Rules outlined in Section 4.2.b.

(2) The five (5) Elite Night Credits will be reflected in the Member Account within forty-eight (48) hours of the receipt of the confirmation of the Annual Choice Benefit selection.

(3) Elite Night Credits that are awarded to an eligible Member as the Member's Annual Choice Benefit will be awarded in the Eligible Status Year for which Elite Night Credits were earned, regardless of when the Member selects the five Elite Night Credits as the Annual Choice Benefit. For example, an eligible Member who qualifies for an Annual Choice Benefit in 2023 and selects five Elite Night Credits in 2024 before the January 7 deadline will have those nights credited to their 2023 total.

vii. *Guaranteed Room Type*. Guaranteed priority for your requested type of room at the Participating Brands listed below when your qualifying Elite level and specific preference are noted on the reservation for your stay (pillow, room location, extra bed, crib requests, etc. are not included in Guarantee). A Platinum Elite Member or above who makes a reservation on the same day he/she plans to arrive at the property is not eligible to receive the Guaranteed Room Type benefit. Outside of the United States, Canada and Europe: Smoking/non-smoking preferences may also be given priority, based on availability; exact bed sizes may vary, and only Titanium and Ambassador Elite Members will have guaranteed priority for their requested type of bed and room. The Guaranteed Room Type benefit does not cover room upgrades. Guaranteed Room Type is not available at The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis, EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, Design Hotels, and at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale. Guaranteed Room Type is offered at the following brands: The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy, City Express, Four Points Express, Residence Inn, TownePlace Suites and Element.

viii. Pursuant to section 4.1.c. Platinum Elite Members and above are eligible to receive the Guaranteed Room Type benefit compensation at any Participating Brand listed above.

A. If a Participating Property is unable to fulfill this Guaranteed Room Type benefit, Platinum Elite Members and above will be compensated (see below):

**GUARANTEED ROOM TYPE**

| Participating Brands | Guest Compensation* |
|---|---|
| The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels | U.S. $100 |
| AC Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Residence Inn | U.S. $50 |
| Fairfield, Aloft, Moxy Hotels, City Express, Four Points Express, TownePlace Suites, Element | U.S. $25 |

*Participating Properties outside the United States will pay the equivalent in their local currency.

ix. Dedicated Elite Support for Platinum Elite Members (United States and Canada only: (800) 228-2100)

4.3.d. **Marriott Bonvoy Titanium Elite Membership Benefits**. In addition to all of the benefits Platinum Elite Members receive, Titanium Elite Members and above are eligible to receive the following benefits:

i. *75% Bonus Points*. Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay. Available to Elite Members at all Participating Brands except as otherwise noted in Section 1.2.a.

ii. *48-Hour Guaranteed Availability*. Limited to Titanium Elite Member's personal guestroom. Guaranteed room availability for reservations booked at least forty-eight (48) hours prior to arrival and available when a Participating Property is sold out if the room is booked by 3 p.m. local time, forty-eight (48) hours prior to arrival, at all Participating Properties except resort hotels, Marriott Vacation Club Marriott Grand Residence Club,  Design Hotels, Ritz-Carlton Reserve, Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club properties, and at The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale. Forty-eight (48) Hour Guaranteed Availability may not be available on certain limited dates (e.g., special events). Enhanced Room Upgrade benefits do not apply. Benefit cannot be used in conjunction with Award Redemption Stays or any type of promotional or discounted rates. Member must pay prevailing rate at time of booking and length of stay requirements must be met. For Apartments by Marriott Bonvoy, 48-Hour Guaranteed Availability applies to standard rooms only. For Residence Inn and TownePlace Suites, 48-Hour Guaranteed Availability applies to studio rooms only.

iii. 75-Night Annual Choice Benefit. Eligible Members (Titanium Elite Members and above) who have achieved seventy-five (75) Elite Night Credits in a calendar year ("Qualifying Period") are eligible to receive one (1) additional benefit (a "75-Night Annual Choice Benefit") from the list of available benefits on **choice-benefit.marriott.com**↗ and shown below:

| **Titanium Elite 75-Night Annual Choice Benefit Options:** |
| --- |
| Five (5) Suite Night Awards |
| US$1,000 Bed Discount from Marriott Retail Brands |
| US$100 Charity Donation |
| The gift of Gold Elite status to a friend or family member |
| Five (5) Elite Night Credits |
| One (1) Free Night Award |

The list of 75-Night Annual Choice Benefits on **choice-benefit.marriott.com** is subject to change at any time. Eligible Members are required to make their Annual Choice Benefit selection on **choice-benefit.marriott.com** by 11:59 p.m. Eastern US Time on January 7th of the year following the applicable Qualifying Period. The Annual Choice Benefit selection may not be made through Member Support. All 75-Night Annual Choice Benefit selections are final and may not be changed after they are made. In the event that an eligible Member fails to select a 75-Night Annual Choice Benefit by 11:59 p.m. Eastern US Time on January 7th of the year following the applicable Qualifying Period, the Member will receive five (5) Suite Night Awards as the 75-Night Annual Choice Benefit. The terms & conditions for each 75-Annual Choice Benefit option are listed under Section 4.3.c.(vi), except for the following:

A. *One Free Night Award.*

(1) The Free Night Award (with a redemption value of up to 40,000 Points) must be redeemed for a stay that occurs no later than December 31 of the year following the year in which the additional benefit is earned (e.g. if the benefit is earned in 2023, the deadline for redemption is December 31, 2024).

(2) The Free Night Award will be credited to the Member's Account within two (2) weeks of the Member selecting this option as the Annual Choice Benefit. The Free Night Award can be redeemed at any available Participating Property for one (1) night, valued at up to 40,000 Points, for a standard room. When applying a Free Night Award to a night in a reservation, Members are able to redeem or purchase up to 15,000 Points to expand the value of such Free Night Award.

(3) Members can use their Free Night Award while booking an eligible Award Redemption Stay on Marriott Websites or they may call Member Support and mention they wish to use their Free Night Award. Free Night Award is not transferable and may not be redeemed for cash or converted into Points. Any unused Free Night Award will be forfeited. Free Night Award stay(s) and night(s) will count toward earning Elite membership status. Free Night Awards may be applied to existing paid Stays or Award Redemption Stays.

(4) The Free Night Award includes all applicable taxes; however, the Member may be responsible for payment of additional mandatory resort fees at Participating Properties where resort fees are applicable.

(5) Free Night Award redemptions may be canceled pursuant to the standard guarantee and cancellation policies as described in Section 3.2.d.

(6) An eligible Member should check the Free Night Award's expiration date provided in the Member's Account.

iv. Dedicated Elite Support for Titanium Elite Members (United States and Canada only: (800) 399-4229)

4.3.e. **Marriott Bonvoy Ambassador Elite Membership Benefits**. In addition to all of the benefits Titanium Elite Members receive, Elite Members who reach 100 Qualifying Nights or more and at least $23,000 US dollars in Annual Qualifying Spend based on Qualifying Charges earned on completed Stays in a Qualifying Period (does not include Qualifying Charges made in advance for Stays in the year(s) following the Qualifying Period such as for pre-paid stays) are eligible to receive the following benefits:

i. *Ambassador Service*. An Ambassador Elite Member is eligible to participate in Ambassador Service during an Eligible Status Year and continue through the subsequent calendar year. Ambassador Service is a benefit that permits an eligible Member to receive certain additional benefits as further described **here**.

ii. *Your24™*. Ambassador Elite Members are eligible to participate in Your24 during the Eligible Status Year and to continue through the subsequent calendar year. Your24 is a benefit that permits an eligible Member to request a specific check-in time for any upcoming stay at any Participating Property. If the requested check-in time is confirmed, the check-out time will be set for the same time on the day of departure.

A. Your24 benefits may be requested when an Ambassador Elite Member requests a specific check-in time and check-out time for a stay through Ambassador Service. Your24 benefits may also be requested by an Ambassador Elite Member at any time prior to 3 p.m. (local time of the Participating Property) two (2) days prior to arrival for such stay by contacting Ambassador Service. If a request for Your24 benefits is approved, Ambassador Service will connect with the Member to confirm the check-in and check-out times.

B. Your24 benefits are subject to availability and may only be requested in connection with a stay.

C. Your24 benefits are limited to one (1) room per eligible Member per Stay regardless of how many rooms have been reserved.

D. If the check-in time approved for an Ambassador Elite Member is between 9 a.m. and 4 p.m. (local time of the Participating Property) he/she may request the Platinum Elite and above benefit of late checkout.

E. If the specific room type reserved by an eligible Member is not available upon check-in, the Participating Property will honor the confirmed Your24 request by temporarily providing another room and then moving the applicable guest(s) to the reserved room type once available.

F. Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club, and Design Hotels properties, and at The Ritz-Carlton Residences, Waikiki Beach, The Cosmopolitan of Las Vegas, Atlantis, Paradise Island, Bahamas, and The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale do not provide Your24 benefits.

iii. *Additional benefits at Ritz-Carlton Reserve*. In addition to the above benefits, Ambassador Elite Members will receive one $150 U.S. dollars resort credit ("Resort Credit") per Stay for

each guest room under the Member's name and Membership Account. Resort Credit is valid for use toward expenses charged to the room folio except for the room rate and room taxes. Ambassador Elite Members staying under a promotional room rate or rate plan that already includes resort credit will not receive the additional $150 U.S. dollars Resort Credit. Resort Credit is not refundable, exchangeable, replaceable or transferable for cash, gift card or other type of credit.

## 5. MARRIOTT BONVOY™ EVENTS

### 5.1 Marriott Bonvoy Events

5.1.a. Marriott Bonvoy Events ("**Marriott Bonvoy Events**"), previously known as "Rewarding Events", provides Points or Miles to eligible Loyalty Program Members who book and hold qualifying group meetings and events ("**Qualifying Events**" and individually, "**Qualifying Event**" or "Event") at Participating Properties.

5.1.b. A Loyalty Program Member eligible to participate in Marriott Bonvoy Events ("**Eligible Loyalty Program Members**" and individually, "**Eligible Loyalty Program Member**") includes any Member of the Loyalty Program unless he/she is:

i. a government employee, official, or anyone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;

ii. an employee, or someone acting on behalf of a state-owned or state-controlled entity ("**SOE**") booking an event on behalf of his/her employing entity;

iii. an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or

iv. at Participating Properties in Asia, Australia & the Pacific Islands, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

Government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE are not considered Eligible Loyalty Program Members and are not eligible to participate in Marriott Bonvoy Events.

In addition, for Participating Properties in Asia, Australia & Pacific Islands, intermediaries booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE are not considered Eligible Loyalty Program Members and are not eligible to participate in Marriott Bonvoy Events.

5.1.c. *Individual Memberships.* Only individuals can be enrolled in the Loyalty Program pursuant to Section 1.4.b. of these Program Rules, and only individuals can participate in Marriott Bonvoy Events. No corporations or organizations can hold a Loyalty Program Account and are thus not eligible to earn Points or Miles with Marriott Bonvoy Events.

5.1.d.  *Additional Conditions.*  An Eligible Loyalty Program Member must acknowledge that he/she is eligible to earn Points or Miles for any Marriott Bonvoy Events under applicable laws, gift policies and incentive policies.  Members are responsible for complying with their own company or organization policies regarding loyalty programs pursuant to Section 1.7.f. of these Program Rules; however, to the extent such policies are inconsistent with these Program Rules, these Program Rules will govern.  Members are solely responsible for notifying their employers, principals and/or clients of any Points or Miles awarded in connection with Marriott Bonvoy Events.

## 5.2 Participating Properties

5.2.a. *Participating Brands.* Marriott Bonvoy Events is valid at all Participating Properties (see Section 1.2) at these Participating Brands: The Ritz-Carlton, Ritz-Carlton Reserve, St. Regis, EDITION, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Marriott Vacation Club, Sheraton Vacation Club, Westin Vacation Club, Delta Hotels, Le Méridien, Westin, Autograph Collection Hotels, Renaissance Hotels, Apartments by Marriott Bonvoy, Tribute Portfolio, Gaylord Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield by Marriott, AC Hotels, Aloft, Moxy Hotels, City Express, Four Points Express, and Element.

5.2.b. *Non-Participating Brands.* Marriott Bonvoy Events is not valid at the following brands: Design Hotels, Marriott Executive Apartments, Residence Inn, TownePlace Suites, Bulgari Hotels & Resorts, The St. Regis Residence Club, The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, The Ritz-Carlton Club, and Homes & Villas by Marriott Bonvoy.

## 5.3 Earning

5.3.a.  *Earning Points.* Excluding special promotions or incentives, a Member will earn two Points for every one U.S. dollar ($1.00) spent on actualized Qualifying Event charges, up to a maximum of 60,000 Points as the base earning per Qualifying Event. Including base Points, Elite Bonusing (as set forth in 5.3.b. below), special promotions, and/or incentives, a Member may earn up to a maximum of 200,000 Points per Qualifying Event. Marriott Bonvoy Event charges do not count toward the Ambassador Elite Annual Qualifying Spend.

5.3.b.  *Elite Bonusing.* Elite Members will earn a bonus on their base earning for Marriott Bonvoy Events, which allows them to earn more than the 60,000 Points base earning maximum as follows:

i. Silver Elite, 10% bonus, up to 66,000 Points per Qualifying Event

ii. Gold Elite, 25% bonus, up to 75,000 Points per Qualifying Event

iii. Platinum Elite, 50% bonus, up to 90,000 Points per Qualifying Event

iv. Titanium Elite and Ambassador Elite, 75% bonus, up to 105,000 Points per Qualifying Event.

5.3.c. *Earning Miles.* Members may also elect to earn one Mile for every one U.S. dollar ($1.00) spent on actualized Qualifying Event charges, up to a maximum of 20,000 Miles (or equivalent currency, depending on the participating airline frequent flyer program partner) per Event, regardless of Elite level.  Points will be awarded or Miles will be submitted to the participating airline frequent flyer program partner within ten (10) business days after the conclusion of the Event provided that the Event is not cancelled, and all other terms and conditions of the group or catering contract executed in connection with the Event were met.  Miles awarded vary by participating frequent flyer airline program partner.  Points and Miles cannot both be earned for the same Event by a Member.

5.3.d. *Elite Night Credit*. Members who hold Qualifying Events at Participating Properties receive one (1) Elite Night Credit for every twenty (20) room nights booked and actualized, up to a maximum of twenty (20) Elite Night Credits per contract.

5.3.e. *Currency Exchange.* Points or Miles awarded for Qualifying Events held at Participating Properties in international locations are based on local currency converted to U.S. dollars.  Local currency is converted into U.S. dollars on the day of the Qualifying Event.  Points or Miles are awarded using a published rate of exchange in effect at time of conversion.  This rate will be determined at the Loyalty Program's sole discretion, based on standard currency conversion methods, but may vary from currency conversion rates used by credit card companies.

5.3.f. *Split Benefits*. Points or Miles and Elite Night Credit awarded for Qualifying Events may be split between up to two Members if both are recorded in the Qualifying Event Agreement.

**5.4 Qualified Events**

5.4.a. *Qualifying Event Agreement.* Any Loyalty Program Member may enter into a contract agreement with a Participating Property to hold a Qualifying Event at a Participating Property ("**Qualifying Event Agreement**").

5.4.b. *Qualifying Event.* A Qualifying Event is an event or meeting that is booked by a Loyalty Program Member who provides his/her Membership Number in the applicable Qualifying Event Agreement and is held at a Participating Property. A Qualifying Event will not include: (a) any booking of guest rooms, regardless of the number of guest rooms, that is booked in any manner other than under an Qualifying Event Agreement, (b) any booking of guest rooms, with or without catering, that do not actualize a minimum of ten (10) guest rooms for at least one (1) night, (c) any booking of guest rooms on behalf of an employer, client or principal that has elected (whether through an agreement with a Participating Property or otherwise) to have Points awarded to another individual or entity, (d) any booking of guest rooms that are complimentary or barter rooms, (e) complimentary meetings or meeting charges, or (f) any event or meeting, or booking of guest rooms by:

i. a government employee, official, or anyone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;

ii. an employee, or someone acting on behalf of a state-owned or state-controlled entity ("**SOE**") booking an event on behalf of his/her employing entity;

iii. an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or

iv. at Participating Properties in Asia, Australia & the Pacific Islands, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

For example, any event or meeting booked by government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE does not qualify as a Qualifying Event.  In addition, for Participating Properties in Asia, Australia & the Pacific Islands, events booked by an intermediary on behalf of any government entity (U.S. or non-U.S.) or SOE do not qualify as a Qualifying Event.

5.4.c. The Member eligible to earn Points or Miles must be either the main contact recorded on page one of the Qualifying Event Agreement, or the authorized signer of the Qualifying Event Agreement.

## 5.5 Qualifying Event Charges

5.5.a. *Qualifying Event Charges.* Qualifying Event Charges include food, beverages, meeting room rental, in-house audio visual equipment, and décor ordered by the Participating Property and paid for on a master account. Guest room rate charges also qualify only when the contract has a minimum of ten (10) guest rooms actualize for at least one (1) night of the Qualifying Event (with or without catering). Qualified guest room charges earn Points or Miles for the Member whether they are paid for on a master account or paid for by the individual guest in the room.

5.5.b. *Marriott Gift Cards*. Where available, meeting charges may be paid for using a Marriott Gift Card. Points redeemed in connection with these partners are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner pursuant to Section 3.6.c.

5.5.c. *Excluded Event Charges.* Excluded Event charges include all taxes, gratuities, resort fees, cancellation fees, third-party charges, attrition charges and service charges.

## 5.6 All Loyalty Program Rules Apply

The number of Points or Miles to be awarded shall be determined in accordance with the Loyalty Program Rules in effect at the time of award.

## 6. MARRIOTT BONVOY CO-BRAND CREDIT CARDS

The following cards are part of the Marriott Bonvoy co-brand credit cards portfolio.

**6.1 US American Express Credit Cards**

- *Marriott Bonvoy Brilliant® American Express® Card -* **Learn More**↗
- *Marriott Bonvoy Bevy™ American Express® Card -* **Learn More**↗
- *Marriott Bonvoy Business® American Express® Card -* **Learn More**↗
- *Marriott Bonvoy® American Express® Card -* **Learn More**↗

**6.2 US Chase Credit Cards**

- *Marriott Bonvoy Bountiful™ Credit Card from Chase -* **Learn More**↗
- *Marriott Bonvoy Boundless® Credit Card from Chase -* **Learn More**↗
- *Marriott Bonvoy Bold® Credit Card from Chase -* **Learn More**↗
- *The Ritz-Carlton™ Credit Card from JPMorgan -* **Learn More**↗
- *Marriott Bonvoy® Premier Credit Card from Chase -* **Learn More**↗
- *Marriott Bonvoy® Credit Card from Chase -* **Learn More**↗
- *Marriott Bonvoy® Premier Plus Business Credit Card from Chase -* **Learn More**↗
- *Marriott Bonvoy Business® Credit Card from Chase -* **Learn More**↗

**6.3 International Credit Cards**
**6.3.a. Canada**

- *Marriott Bonvoy® American Express® Card for residents of Canada*
  **Learn More (English)**↗ **Learn More (French)**↗
- *Marriott Bonvoy® Business American Express® Card for residents of Canada*
  **Learn More (English)**↗ **Learn More (French)**↗

**6.3.b. China**

- *Marriott Bonvoy® CITIC Gold Card for residents of mainland China -* **Learn More**↗
- *Marriott Bonvoy® CITIC Platinum Card for residents of mainland China -* **Learn More**↗
- *Marriott Bonvoy® CITIC Premium Platinum Card for residents of mainland China -* **Learn More**↗

**6.3.c. India**

- *Marriott Bonvoy® HDFC Bank Credit Card for residents of India -* **Learn More**↗

**6.3.d. Japan**

- *The Marriott Bonvoy® American Express® Premium Card for residents of Japan – ***Learn More**↗
- *The Marriott Bonvoy® American Express® Card for residents of Japan – ***Learn More**↗

**6.3.e. Mexico**

- *Marriott Bonvoy® Credit Card for residents of Mexico -* **Learn More (Spanish)**↗
- *Marriott Bonvoy® Inspire™ Credit Card for residents of Mexico -* **Learn More (Spanish)**↗

**6.3.f. Qatar**

- *Marriott Bonvoy® QIB Visa Infinite Credit Card for residents of Qatar -* **Learn More**↗
- *Marriott Bonvoy® QIB Visa Signature Credit Card for residents of Qatar -* **Learn More**↗
- *Marriott Bonvoy® QIB Visa Platinum Credit Card for residents of Qatar -* **Learn More**↗

**6.3.g. Saudi Arabia**

- *Marriott Bonvoy® American Express® Credit Card for residents of Kingdom of Saudi Arabia -* **Learn More**↗

**6.3.h. South Korea**
- *Marriott Bonvoy® The BEST Shinhan Card for residents of South Korea -* **Learn More**↗
- *Marriott Bonvoy® The CLASSIC Shinhan Card for residents of South Korea -* **Learn More**↗

**6.3.i. United Arab Emirates**
- *Marriott Bonvoy® World Mastercard® from Emirates NBD for residents of United Arab Emirates -* **Learn More**↗

**6.3.j. United Kingdom**
- *Marriott Bonvoy® American Express® Card for residents of the United Kingdom -* **Learn More**↗
- *The Marriott Bonvoy® Mastercard® for residents of the United Kingdom -* **Learn More**↗

**6.4 Loyalty Program Member Benefits and Exclusions**

6.4.a. *Premium Internet Access*. For any co-brand credit card outlined in 6.1, 6.2 and 6.3 that has premium internet access as a benefit, cardholders will receive enhanced in-room internet access where available at Participating Properties worldwide regardless of booking method.

6.4.b. *Premium Internet Access Exclusions*. Refer to section 1.3.c.

**7. The Marriott Vacation Clubs and Vistana Residence Network**

**7.1 Marriott Vacation Club, Marriott Grand Residence Club, Sheraton Vacation Club, Westin Vacation Club**

7.1.a. The term "**Vacation Club Member(s)**" includes (i) owners of timeshare interest(s) developed, operated or offered under the Marriott Vacation Club brand or Marriott Grand Residence Club brand (collectively, "**MVC Club(s)**") eligible to participate in the Loyalty Program through ownership of their timeshare interests, and (ii) owners of timeshare interest(s) developed, operated or offered under the Sheraton Vacation Club brand or Westin Vacation Club brand, or in Vistana Beach Club (collectively, "**VSE Resort(s)**"), which owners are also members of Vistana Signature Network ("**VSN**") and eligible to participate in the Loyalty Program through their VSN membership.  All such Vacation Club Members are subject to the Program Rules, and to any additional rules and regulations applicable to their timeshare interest(s) promulgated by Marriott Ownership Resorts, Inc., Vistana Signature Experiences, Inc. and/or Marriott Resorts, Travel Company, Inc. d/b/a MVC Exchange Company ("**Exchange Company**") or their respective affiliates or subsidiaries (each a "**Vacation Club Entity**"), as such rules and regulations may be modified from time to time (collectively, "**Vacation Club Rules**").   Vacation Club Members may be subject to different Vacation Club Rules depending on the timeshare interest(s) owned by such Vacation Club Members.

7.1.b. Vacation Club Members who receive Loyalty Program Elite upgrades as part of their owner benefits are subject to these Program Rules, as may be modified from time to time pursuant to section 1.7.c, and to the Vacation Club Rules applicable to their timeshare interest(s), including without limitation the following:

i. Vacation Club Members who, through their ownership of MVC Club timeshare interests and/or ownership of VSE Resort timeshare interests and membership in VSN, or through enrollment of their timeshare interests in the Abound by Marriott Vacations™ Exchange Program ("**Abound Exchange Program**"), as applicable, (A) achieve a "Standard" or "Owner" level of membership, may be offered Marriott Bonvoy Gold Elite status, and will not be subject to the Gold Elite Minimum Requirement to maintain Gold Elite status every year; (B) achieve a "Select" or "Executive" level of membership, may be offered Marriott Bonvoy Platinum Elite status, and will not be subject to the Platinum Elite Minimum Requirement to maintain Platinum Elite status every year; and (C) achieve a "Presidential" or "Chairman's Club" level of membership, may be offered Marriott Bonvoy Titanium Elite status, and will not be subject to the Titanium Elite Minimum Requirement to maintain Titanium Elite status every year.  Only one (1) individual on the deed for an MVC Club or VSE Resort timeshare interest will receive the applicable Elite Status. Certain Vacation Club Members may not have their Elite Status upgraded until 2023.

ii. A Vacation Club Member will retain his or her Elite status, provided that such Vacation Club Member: (i) maintains his/her membership level through ownership of MVC Club or VSE Resort timeshare interests and/or enrollment in the Abound Exchange Program; (ii) is current in all maintenance fees, Exchange Company dues, fees, taxes, and other payments; and (iii) is current in any other payments owed to any Vacation Club Entity, including payments related to the financing of an MVC Club or VSE Resort timeshare interest.

iii. Elite status and any accumulated Points in a Vacation Club Member's Loyalty Program Membership Account do not transfer upon sale of the Vacation Club Member's timeshare interest to a third party.  Notwithstanding the foregoing, Vacation Club Members may transfer Points to another Vacation Club Member's Membership Account so long as the two Vacation Club Members are listed as owners on the same deed of such owners' timeshare interest, regardless of whether they reside at the same address.

7.1.c. Due to the nature of the MVC Club and VSE Resort properties, the following special conditions apply to their participation in the Loyalty Program

i. Vacation Club Members will earn Elite Night Credit for a Qualifying Stay at MVC Club and VSE Resort properties, and for stays at Participating Properties as part of the Abound Exchange Program.

ii. Vacation Club Members will earn Points or Miles for all Qualifying Charges at MVC Club and VSE Resort properties.

iii. The following benefits are not available at MVC Club or VSE Resort properties: Complimentary Enhanced Room Upgrades, late checkout, Suite Night Awards, Guaranteed

Lounge Access, Guaranteed Room Type, 48-Hour Guaranteed Availability, Ultimate Reservation Guarantee, or Your24.

iv. Award Redemption Stays at MVC Club and VSE Resort properties must be booked at least one (1) day in advance of arrival. MVC Club and VSE Resort properties either do not participate or do not fully participate in the "Limited Blackout Dates" policy at this time.

v. Instant Redemption Awards are not available at MVC Club or VSE Resort properties.

vi. Points acquired through ownership of an interest at an MVC Club or VSE Resort property may not be used to request an Award Redemption Stay reservation at an MVC Club or VSE Resort property or a Residence Club Property (defined below).

**7.2 Vistana Residence Network**

7.2.a. "**Vistana Residence Network**" includes the St. Regis Residence Club properties and The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale (the "**Residence Club Properties**"). Owners of interests in Residence Club Properties ("**Residence Club Members**") are subject to the Program Rules, and to any additional rules and regulations applicable to their interest promulgated by the sponsor of the respective Residence Club Properties ("**Residence Club Sponsor**"), as such rules and regulations may be modified from time to time (collectively, "**Residence Club Rules**").  Residence Club Members may be subject to different Residence Club Rules depending on the interest(s) owned by such Residence Club Members.

7.2.b. Residence Club Members who receive Loyalty Program Elite upgrades as part of their owner benefits are subject to the Program Rules, as may be modified from time to time pursuant to section 1.7.c, and to the Residence Club Rules applicable to their ownership interest, including without limitation the following

i. Residence Club Members are automatically enrolled by their Residence Club Sponsor in the Program as Marriott Bonvoy Platinum Elite Members and are not subject to the Platinum Elite Minimum Requirement to maintain Platinum Elite status every year.  Up to two (2) individuals on the deed for interests in Residence Club Properties will receive Platinum Elite Status.

ii. Elite status and any accumulated Points in a Residence Club Member's Loyalty Program Membership Account do not transfer upon sale of their interest in a Residence Club Property to a third party.

iii. The St. Regis Residence Club properties are an earning partner for Elite Night Credit (as defined by 2.1.a.) only. They do not participate in Points or Miles earning, Points redemption, on-property Member benefits (as outlined in Sections 1 and 4), or Marriott Bonvoy Events.

iv. The Phoenician Residences, a Luxury Collection Residence Club, Scottsdale has limited on-property benefits as outlined in Section 4, Section 5, and Section 7.

**8. HOMES & VILLAS BY MARRIOTT BONVOY**

Due to the nature of the Homes & Villas by Marriott Bonvoy, the following special conditions apply to their participation in the Loyalty Program:

**8.1 Earn points**

- Members are eligible to receive Points for a completed Stay in a home rental (a "Home" or the "Homes") that is purchased through the website for Homes & Villas by Marriott Bonvoy (the "Platform"). However, Members cannot earn or receive benefits at multiple Homes in different cities for the same stay dates.
- To ensure Points are posted to the correct Membership Account, the Membership Number included at time of purchase on the Platform must be correct. Pursuant to Section 9.3, Members must already have a Membership Account or complete the Loyalty Program application (as described in 1.4.a) prior to purchase in order to earn Points through the Platform.
- Members will earn five (5) base Points for each U.S. dollar, or the currency equivalent, on all Qualifying Charges incurred and paid for by the Member through the Platform for up to three (3) Homes in the same city with the same check-in and check-out dates, provided they stay in one (1) Home and pay for all three (3) Homes.
- Elite bonus Points based on the Member's achieved Elite Member tier will be awarded on Qualifying Charges pursuant to Section 4.3.
- Elite Night Credit will be earned on completed Stays booked through the Platform, whether it is purchased with Points or paid for. Members receive Elite Night Credits for one (1) Home and not any additional Homes they may have purchased with the same check-in and check-out dates.
- Charges that do not qualify for Points include taxes and fees (e.g. cleaning fee, resort fee) applied to the Homes booked through the Platform, as well as add-on services purchased (e.g. incremental housekeeping, etc.).
- Effective January 1, 2022, Qualifying Charges on completed Stays in a Qualifying Period at Homes & Villas by Marriott Bonvoy will be applied to the Ambassador Elite Annual Qualifying Spend (as described in 4.3.e).
- Points will not be given for any associated partners that may be promoted within pre-arrival or in-stay experience.
- Points will not be issued on refunded purchases.
- Miles cannot be earned on purchases made through the Platform.
- For Stays purchased through the Platform on behalf of another party, Points will be distributed to and the Stay reserved under the Membership Account and name that is entered at time of booking. Only the Member who completes a Stay can earn Points and Elite Night Credit on a single purchase order made through the Platform.
- Provided that the correct Marriott Bonvoy Membership Account Number is added as part of the booking process, Points will automatically appear in the Member's Account three (3) to six (6) weeks following the completion of their Stay.
- Members who use their Marriott Bonvoy co-branded credit card for purchases through the Platform will also receive their bonus Points in their Marriott Bonvoy Account at the same time.
- All Loyalty Program Rules apply to purchases made on the Platform.

**8.2 Redeem Points**

- A Member is eligible to redeem Points for Homes booked through the Platform at a ratio of 175.438596491 Points for each U.S. dollar purchased (including taxes and fees).
- Members have the flexibility to select the amount of cash and the amount of Points to be redeemed as combined payment for a Stay in a Home booked through the Platform ("Cash & Points Payment at HVMB").
- There are no fixed amounts of either cash to pay or Points to be redeemed. At least one-thousand (1,000) Points are required for the Cash & Points Payment at HVMB.
- Members cannot use more Points than what they currently have in their Membership Account.
- Major credit cards and Points are the accepted methods of payment for Cash & Points.
- Marriott Gift Cards and Marriott Bonvoy Free Night Awards cannot be used as part of the Cash & Points Payment at HVMB.
- Members will earn Points on the cash portion of their Cash & Points Payment at HVMB once the Stay is completed, subject to Section 8.1 ("Earn Points").
- Please note, Cash & Points Payment for Homes & Villas by Marriott Bonvoy is different from Cash + Points Awards at Participating Properties (see Section 3.3.f).
- Bookings purchased with Points or Cash & Points Payment at HVMB are eligible for earning Elite Night Credit, subject to Section 8.1 ("Earn Points").
- If bookings purchased with Points are cancelled, Points will be reimbursed in accordance with the Home cancellation policy.
- Award Redemptions at Participating Properties listed under Section 3 are not available for use at HVMB including: all Award Redemption Stay types outlined in Section 3.3, Instant Redemption Awards, and Suite Night Awards.

**8.3 Member Benefits**

- Gold Elite Members receive one Elite Welcome Gift of 500 Points on a Stay of one or more consecutive nights as described in 2.1.d, even if they check in and check out of the same Participating Property within 24 hours.
- Platinum Elite Members and above receive one Elite Welcome Gift of 1,000 Points on a Stay of one or more consecutive nights as described in 2.1.d, even if they check in and check out of the same Participating Property within 24 hours.
- All other Elite Member benefits outlined in Section 4 are not available for stays at Homes booked through the Platform.

**8.4 Additional Terms**

- The Best Rate Guarantee offered by the Company does not apply to purchases made through the Platform.
- Member Rates are not available on purchases made through the Platform.
- A Member may request credits for Points and/or Elite Night Credit that are not reflected in their Member's Account after 6 (six) weeks from the completion of their stay by contacting the Homes & Villas by Marriott Bonvoy team **here**.

## 9. ADDITIONAL TERMS OF PARTICIPATION IN THE LOYALTY PROGRAM

### 9.1 Monitoring Membership Accounts

The Company reserves the right to monitor the Accounts of all Members, at any time and without notice, for compliance with Program Rules. The Company may review all Members' Points, Qualifying Stays, and Qualifying Nights balances and transaction history including, without limitation, requests for Loyalty Program Awards, Awards and other benefits.

### 9.2 Adjustments

*Missing Credit for a Past Stay*. A Member may request credits for Points, Miles, or Qualifying Nights for Elite Status (other than Elite Night Credit earned pursuant to Section 4) that are not reflected in a Member's Account through the Member Account Activity page on the Loyalty Program website under "**Report a Missing Stay**", or by contacting **Member Support** for stays at Participating Properties except for Homes & Villas by Marriott Bonvoy.

For past stays at Homes & Villas by Marriott Bonvoy, a Member may request credits for Points and/or Elite Night Credit that are not reflected in their Member's Account after 6 (six) weeks from the completion of their stay by contacting the Homes & Villas by Marriott Bonvoy team **here**.

*Missing Credit at a Participating Outlet without a Stay*. It may take up to 10 days after each transaction at a Participating Outlet for Points to be posted to the Member's Account. A Member may contact **Member Support**, if after 10 days, such Points have not been posted to their Account.

*Missing Credit for Marriott Bonvoy Events*. A Member may request credits for Points/Miles or Qualifying Nights for Elite Status earned in connection with a Qualifying Event that are not reflected in a Member's Account by contacting the hotel where the Qualifying Event was held.

All requests must be received within one (1) year of the applicable Qualifying Stay, Qualifying Event or other Qualifying Charge transaction to receive any credit.

### 9.3 New Members

A new Member is eligible to receive Points for Qualifying Charges and for Qualifying Nights for Elite Status for Stays or Qualifying Events at Participating Properties that are incurred and paid for by the Member during the thirty (30) days prior to his/her enrollment in the Loyalty Program (the "**Pre-Enrollment Period**"), if the Member requests the credit within sixty (60) days of the applicable Qualifying Stay, Qualifying Event, or Qualifying Charge transaction. A new Member will not receive any Points or Qualifying Nights for Elite Status for any Stays or Qualifying Events that occurred prior to the Pre-Enrollment Period, even if he/she was a member under a loyalty program offered by the Company other than the current Loyalty Program, except for Stays and Qualifying Events at Participating Properties that are incurred and paid for during the

Pre-Enrollment Period. Qualifying Charges incurred at a Participating Outlet without a Stay prior to or during the Pre-Enrollment period are not eligible to receive Points.

**9.4 Correction of Benefits**

At any time and in the Company's sole discretion (including, without limitation, where a Member was not eligible to earn a specific benefit pursuant to these Program Rules), the Company may correct (i) the amount of Points or the number of Qualifying Nights credited to a Member's Account, and (ii) any other benefit that has been credited to a Member's Account, including, without limitation, any Elite Membership Status or Lifetime Elite Membership Status. The Company also reserves the right, in its sole discretion, to prevent, cancel, or reconcile any transaction where the Loyalty Program suspects there has been fraudulent activity connected with the transaction.

**9.5 Exit of Participating Property**

If a Participating Property exits the Loyalty Program for any reason, a Member will not earn Points, Qualifying Nights for Elite Status (including, without limitation, any Points for Qualifying Stays pursuant to Section 2) for stays at such Participating Property, and any Awards, other promotions and special offers will no longer be valid after the date on which the Participating Property exited the Loyalty Program, even if the reservation for a stay at the former Participating Property was made prior to that date.

**9.6 Taxes**

Points, Awards, and other Member benefits may be subject to income or other taxes. The Member is responsible for paying all such taxes and for making all applicable disclosures to third parties including, without limitation, the party who paid for the transaction from which the Member earned Points. The Company will not be liable for any tax liability, duty or other charges in connection with the issuance of Points, Awards, and other Member benefits.

**9.7 No Warranties or Representations, Express or Implied**

The Company makes no warranties or representations, either expressed or implied, with respect to type, quality or fitness of goods or services provided through the Loyalty Program or by Participating Properties.

**9.8 Operation of the Loyalty Program**

The Company sells Points to Participating Properties and partners, redeems Points for cash (including, without limitation, Points received from Participating Properties), airline tickets and merchandise, and administers the Loyalty Program. The Company promotes the Loyalty Program including, without limitation, by creating and launching marketing campaigns, developing and maintaining the Loyalty Program website and managing partner relationships.

**9.9 Not Responsible for Acts, Errors, or Omissions**

The Company is not responsible for:  (a) any loss or misdirection of, or delay in receiving, any Member application, correspondence, redemption requests, Awards or Member benefits; (b) theft or unauthorized redemption of Points or Awards or use of an Award; (c) any acts or omissions of third parties (including, without limitation, Participating Properties); or (d) any errors published in relation to the Loyalty Program, including, without limitation, any pricing or typographical errors, errors of description, errors regarding Participating Properties, and Loyalty Program affiliates, and errors in the crediting or debiting of Points from Member Accounts.  The Company reserves the right to correct, without notice, any errors.

## 9.10 Interpretation of Loyalty Program Rules

All interpretations of these Loyalty Program Rules regarding membership are at the Company's sole discretion, and the Company's decisions will be final. In the event of any discrepancy between the English version and any translated version of these Program Rules, the English language version will govern.

## 9.11 Trademarks

The Company and Participating Properties are the sole and exclusive owners or licensees of the trademarks, service marks, trade names, logos, and copyrighted or copyrightable materials of Marriott International, Inc., its affiliates, and the Participating Properties. Members shall never, directly or indirectly, interfere with, challenge, file applications for, or claim ownership of these trademarks anywhere in the world.

## 9.12 Waiver

The Company's waiver of any breach of these Loyalty Program Rules by any Member will not constitute a waiver of any other prior or subsequent breach of these Program Rules. The Company's failure to insist upon strict compliance with these Loyalty Program Rules by any Member will not be deemed a waiver of any rights or remedies the Company may have against that or any other Member. The Company may waive compliance with these Program Rules in its sole discretion and may run promotions from time to time that provide enhanced benefits to select Members.

## 9.13 Limitation of Liability

IN NO EVENT WILL MARRIOTT INTERNATIONAL, INC., ITS SUBSIDIARIES AND AFFILIATES, ITS FRANCHISEES OR LICENSEES, ANY PARTICIPATING PROPERTY, AND EACH OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AND AGENTS BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH THE LOYALTY PROGRAM, THESE PROGRAM RULES, OR THE COMPANY'S OPERATION OF THE LOYALTY PROGRAM.

**9.14 Choice of Law and Venue**

Any disputes arising out of or related to the Loyalty Program or these Program Rules will be handled individually without any class action, and will be governed by, construed and enforced in accordance with the laws of the State of Maryland, United States, without regard to its conflicts of law rules. The exclusive jurisdiction for any claim or action arising out of or relating to the Loyalty Program or the Program Rules may be filed only in the state or federal courts located in the State of Maryland, United States.

**9.15 Subject to Law**

Membership in the Loyalty Program and the earning and redeeming of Points are subject to all applicable local laws and regulations. Membership in the Loyalty Program, Member benefits, and Awards are offered in good faith; however, they may not be available if prohibited or restricted by applicable law or regulation in the United States or Member's jurisdiction of residence. If any part of these Loyalty Program Rules is held to be unlawful or unenforceable, that part will be deemed deleted from these Program Rules in such jurisdiction and the remaining provisions will remain in force, subject to Sections 1.7.c. and 1.7.d.

**9.16 Entire Agreement**

The Loyalty Program Rules, together with any other terms and conditions, rules, or regulations incorporated herein or referred to herein constitute the entire agreement between the Company and Members relating to the subject matter hereof, and supersede any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available on the Loyalty Program website.