## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN GROFF, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 8:25-cv-02031-DLB |
| MARRIOTT WORLDWIDE CORPORATION, et al. | * | |
| *Defendant*s. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## [PROPOSED] ORDER

Upon consideration of Defendants' Marriott International, Inc.'s and Westmont Hospitality Group, Inc.'s Motion to Dismiss Second Amended Complaint, and any Opposition and Reply thereto, it is this _____, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that Defendants' Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Second Amended Complaint is hereby **DISMISSED IN ITS ENTIRETY**, with prejudice and without leave to amend.

_____
Honorable Deborah L. Boardman
Judge, United States District Court
District of Maryland

Copies to:
Counsel of record

167646143.1