

Ashley L. Voli
100 Light Street, Suite 1300
Baltimore, Maryland 21202
Ashley.Voli@lewisbrisbois.com
Direct: 410.525.6396

April 10, 2026

File No. 38272.60

**VIA CM/ECF**

Honorable Deborah L. Boardman
United States District Court
  for the Southern District of Maryland
6500 Cherrywood Lane
Suite 445
Greenbelt, MD 20770

> Re:   <u>Groff, John v. Marriott Worldwide Corp., et al.</u>
>        Civil Action No.: 8:25-cv-02031-DLB

Dear Judge Boardman:

Counsel for the Parties are in receipt of the Court's April 7, 2026 Paperless Order (Docket No. 27) in the above-referenced matter, scheduling a motions hearing on Defendants' Motion to Dismiss for May 14, 2026.  Defendants' counsel has a conflict on that date, as she has a hearing in another matter.

Pursuant to the Court's directive, all counsel met and conferred to determine five (5) alternative dates to propose to the Court to reschedule the hearing.  All counsel in this matter are available on the following dates to reschedule the hearing:

- June 17, 2026 (morning only)

- June 18, 2026

- June 24, 2026

- June 25, 2026

- June 26, 2026

If the Court requires additional proposed dates that are mutually available for all counsel, we will meet and confer further to provide them.  Thank you in advance for your consideration.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

174865004.1

Honorable Deborah L. Boardman
April 10, 2026
Page 2


                                        Very truly yours,

                                        /s/ Ashley L. Voli

                                        Ashley L. Voli of
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

ALV:sr

Cc: Lawrence Katz, Esquire (via CM/ECF)

---

174865004.1