

**LLG National Law Group**
525 Route 73 North
Suite 104
Marlton, NJ 08052
Lawrence Katz, Esquire
Email: lawrence.katz@llgnational.com
Phone: 856-652-2000  Ext. 497

June 17, 2026

Honorable Deborah L. Boardman
6500 Cherrywood Lane
Suite 445
Greenbelt, MD 20770

RE:    Groff v. Marriott
       CASE #: 8:25-cv-02031-DLB

Your Honor:

I  must candidly report to the Court that I have no additional evidence to submit in support of Plaintiff's assertion of damages in excess of $75,000.00.

Respectfully,


*S/Lawrence A. Katz, Esq.*
LAWRENCE A KATZ
Counsel for Plaintiff

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA
Mobile, AL • New York, NY • Philadelphia, PA • Phoenix, AZ • Puerto Plata, DR • San Juan, PR •
Santiago, DR • Salt Lake City, UT • Tucson, AZ • Washington, DC